**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Aspen Court, L.L.C. |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 36-4402763 |

| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | c/o Jonathan Sauser<br>39W876 Old Burlington Road<br>Campton Hills, IL 60175<br>Number, Street, City, State & ZIP Code | c/o Rolf Anderson, Registered Agent<br>5N941 East Ridgewood Drive<br>Saint Charles, IL 60175<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Kane**<br>County | **Location of principal assets, if different from principal place of business**<br>1507 W. Jackson Street Macomb, IL 61455<br>Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | aspencourtwiu.com |
|---|---|---|

| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. **Specify:** _____ |

Debtor   __Aspen Court, L.L.C.__                                              Case number (*if known*)
              Name

7.  **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

8.  **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

9.  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ■ No.

   ☐ Yes.

   If more than 2 cases, attach a separate list.

   | District _____ | When _____ | Case number _____ |
   | District _____ | When _____ | Case number _____ |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

   ■ No

   ☐ Yes.

   List all cases. If more than 1, attach a separate list

   | Debtor _____ | | Relationship _____ |
   | District _____ | When _____ | Case number, if known _____ |

Debtor   **Aspen Court, L.L.C.** _____   Case number (*if known*) _____
Name

---

**11. Why is the case filed in this district?**   *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
   Contact name _____
   Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☑ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☑ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☑ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Debtor   Aspen Court, L.L.C. _____   Case number (if known) _____
       Name

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    5/15/17
               MM / DD / YYYY

X _____           **Jonathan Sauser**
   Signature of authorized representative of debtor    Printed name

Title    **Member, Designated Representative**

**18. Signature of attorney**

X _____           Date    5/15/17
   Signature of attorney for debtor                 MM / DD / YYYY

**DAVID K. WELCH**
Printed name

**Crane, Heyman, Simon, Welch & Clar**
Firm name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Number, Street, City, State & ZIP Code

Contact phone    **312-641-6777**      Email address _____

**06183621**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Aspen Court, L.L.C.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5-15-17         x  *Jonathan Sauser*
                                                   Signature of individual signing on behalf of debtor

                                                   **Jonathan Sauser**
                                                   Printed name

                                                   **Member, Designated Representative**
                                                   Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Aspen Court, L.L.C. |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Western Courier 1 University Circle Macomb, IL601455 | | | | | | $1,577.40 |
| Sears 1820 E. Sky Harbor Circle South Phoenix, AZ 85034 | | | | | | $2,678.33 |
| Maintenance USA PO Box 404295 Atlanta, GA 30834 | | | | | | $1,455.22 |
| Waste Management PO Box 4648 Carol Stream, IL 60197 | | | | | | $1,157.86 |
| Lambasio Plumbing 401 E. Berrien Street Galesburg, IL61401 | | | | | | $1,007.00 |
| Lucie, Scalf & Bougher 315 E. Jackson St. 61455 | | | | | | $975.00 |
| Ameren Illinois 300 Liberty Street Peoria, IL 61602 | | | | | | $9,641.79 |
| Comcast 3517 N. Dries Lane Peoria, IL 61604 | | | | | | $583.18 |
| Munson's Water Conditioning Pool & Spas 850 E. Main Street Galesburg, IL 61401 | | | | | | $888.17 |
| City of Macomb Water Department PO Box 377 Macomb, IL 61455 | | | | | | $814.73 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor **Aspen Court, L.L.C.**
_____
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| West Side Lumber 1301 W. Jackson Macomb, IL 61455 | | | | | | $697.17 |
| McDonough County Voice 26 West Side Square Macomb, IL 61455 | | | | | | $685.00 |
| Connor Co. 433 North Campbell Macomb, IL 61455 | | | | | | $1,094.67 |
| Security Alarm PO Box 665 1511 East Main Salem, IL 62881 | | | | | | $572.50 |
| Frontier 63 Stone Street Second Floor Rochester, NY 14646 | | | | | | $550.65 |
| apartments.com 2563 Collection Center Drive Chicago, IL 60693 | | | | | | $399.00 |
| Hub Printing 101 Maple Ave. Rochelle, IL 61068 | | | | | | $365.71 |
| Yellow Pages Unlimited Po Box 41140 Melbourne, FL 32941 | | | | | | $318.35 |
| Reliable Pest PO Box 627 Hannibal, MO 63401 | | | | | | $313.65 |
| Arnold Brothers Heating & Cooling 1729 West Jackson Street Macomb, IL 61455 | | | | | | $357.69 |

Aaron Garcia
6137 S. Parkside
Chicago, IL 60638

.

Aaron Jones
1511 W. Jackson Street
Apartment 1
Macomb, IL 61455

Aaron Murray
756 25th Ave Ct.
Moline, IL 61265

Aaron Troyer
1509 W. Jackson Street
Apartment 4
Macomb, IL 61455

Aaron Wurtzel
1521 W. Jackson Street
Apartment 12
Macomb, IL 61455

Abbey Schaeffer
3294 N. Fisk RD
Astoria, IL 61501

Abbi Clevenger
1511 W. Jackson Street
Apartment 2
Macomb, IL 61455

Abby Beck
324 Wigwam Hallow Road
Apartment 6
Macomb, IL 61455

Abby Newman
10741 Arenz Lane
Beardstown, IL 62618

Abel Huerta
2819 W. 63rd Street
Chicago, IL 60629

Abigail Breza
1539 W. Jackson Street
Apartment 7
Macomb, IL 61455

Abigail Thompson
711 Praire Street
Augusta, IL 62311

Adam Bloniarz
9296 N Callero Dr
Niles, IL 60714

Adam Heffelfinger
932 N. Charles Street
Macomb, IL 61455

Adam Kerns
1525 W. Jackson Street
Apartment 1
Macomb, IL 61455

Adam McGinnis
1543 W. Jackson Street
Apartment 6
Macomb, IL 61455

Adams Staggs
1509 W. Jackson Street
Apartment 12
Macomb, IL 61455

Adrian Kosicki
415 W. Adamst Street
Apartment 1

Ahmad Alrshidi
Saudi Arabia

Alan Speer
1541 W. Jackson Street
Apartment 9
Macomb, IL 61455

Aleatha Mylch
324 Wigwam Hallow Road
Apartment 1
Macomb, IL 61455

Aleion Simpsom
1521 W. Jackson Street
Apartment 6
Macomb, IL 61455

Alejandra Guijarro
415 W. Adams Street
Apartment 9
Macomb, IL 61455

Alenande Carlile
1519 W. Jackson Street
Apartment 12
Macomb, IL 61455

Alexander Castrejon
415 W. Adams Street
Apartment 11
Macomb, IL 61455

Alexander Gockenbach
731 Regent Dr
Crystal Lake, IL 60014

Alexander Tangen
1509 W. Jackson Street
Apartment 6
Macomb, IL 61455

Alexandre St. John
430 W. Elting Street
Apartment 2
Macomb, IL 61455

Alexandru Enache
400 W. Elting Street
Apartment 11
Macomb, IL 61455

Alexandru Enache
4613 Amanda Lane
Sheboygan, WI 53031

Alexis Kreiling
427 E. Main St
Easton, IL 62633

Amanda Howard
420 W. Elting Street
Apartment 4
Macomb, IL 61455

Angela Graves
McDonough County Collector
#1 Courthouse Square
Macomb, IL 61455-2200

Alexis Robledo
605 Pauline Ave
Buffalo Grove, IL 60089

Amanda Jenisch
415 W. Adams Street
Apartment 2
Macomb, IL 61455

Angelica Strack
825 Township Road 1700 East
Stronghurst, IL 61480

Alexis Tompkins
324 Wigwam Hallow Road
Apartment 5
Macomb, IL 61455

Amber Hoener
324 Wigwam Hallow Road
Apartment 11
Macomb, IL 61455

Anitria Wilson
900 N. Albert Street
Apartment 7
Macomb, IL 61455

Alexis Zivo
324 Wigwam Hallow Road
Apartment 5
Macomb, IL 61455

Ameren Illinois
300 Liberty Street
Chicago, IL 60680-1034

Anna Diekemper
1543 W. Jackson Street
Apartment 10
Macomb, IL 61455

Alissa Edwards
415 W. Adams Street
Apartment 9
Macomb, IL 61455

Amy Lejsner
924 Abbington Dr
Crystal Lake, IL 60014

Anna Redmaster
314 Old Mill Trace
Crawfordville, IN 47933

Alivia Zarnick
415 W. Adams Street
Apartment 5
Macomb, IL 61455

Anatolii Dragovich
115 W. Goebel Dr
Combard, IL 60148

Anna Shupe
324 Wigwam Hallow Road
Apartment 11
Macomb, IL 61455

Allyson Sloup
2033 S Arrowood Court
Quincy, IL 62305

Anayeli Mendez
1527 W. Jackson Street
Apartment 7
Macomb, IL 61455

Anne witt
420 W. Elting Street
Apartment 11
Macomb, IL 61455

Alyssa Burno
420 W. Elting Street
Apartment 10
Macomb, IL 61455

Andie Villez
900 N. Albert Street
Apartment 5
Macomb, IL 61455

Anthony Epley
1511 W. Jackson Street
Apartment 9
Macomb, IL 61455

Alyssa Owens
1525 W. Jackson Street
Apartment 3
Macomb, IL 61455

Andrew Chrichton
430 W. Elting
Apartment 4
Macomb, IL 61455

Anthony Laster
650 Roger St
Rockford, IL 61109

Alyssa Rose
1517 W. Jackson Street
Apartment 8
Macomb, IL 61455

Andy Heimendinger
415 W. Adams Street
Apartment 8
Macomb, IL 61455

Anthony Menzel
210 6th Street
Compton, IL 61318

Anthony Townsend
415 W. Adams Street
Apartment 7
Macomb, IL 61455

Aqsa Mansoor
1515 W. Jackson Street
Apartment 11
Macomb, IL 61455

Austin Wingerman
400 W. Elting Street
Apartment 10
Macomb, IL 61455

apartments.com
2563 Collection Center Drive
Chicago, IL 60693

Artinese Myrick
430 W. Elting Street
Apartment 2
Macomb, IL 61455

Ayodele Makinde
430 W. Elting Street
Apartment 1
Macomb, IL 61455

April Leinberger
220 W. Sangamon
Chandlerville, IL

Ashley Burrows
430 W. Elting Street
Apartment 11
Macomb, IL 61455

Bailey Boyer
1919 East County Rd 1670
Carthage, IL 62321

Arden Caffrey
1515 W. Jackson Street
Apartment 1
Macomb, IL 61455

Ashley Hall
900 N. Albert Street
Apartment 8
Macomb, IL 61455

Bailey Schnettgoecke
1519 W. Jackson Street
Apartment 1
Macomb, IL 61455

Areli Patino
1511 W. Jackson Street
Apartment 2
Macomb, IL 61455

Ashley Lehman
164 Wilke Road
Marissa, IL 62257

Baily Schnettgoecke
RR 3 Box 226
Carrollton, IL 62016

Ariyanna Akande
1519 W. Jackson Street
Apartment 8
Macomb, IL 61455

Astoncia Bhagat
1535 W. Jackson Street
Apartment 9
Macomb, IL 61455

Beau Freebeck
415 W. Adams Street
Apartment 3
Macomb, IL 61455

Armand Miller
915 West 86th Street
Chicago, IL 60620

Audrey Aeilts
1517 W. Jackson Street
Apartment 11
Macomb, IL 61455

Benjamin Lauer
1509 W. Jackson Street
Apartment 12
Macomb, IL 61455

Armel Kouassi
430 W. Elting Street
Apartment 1
Macomb, IL 61455

Audrey Tonkinson
324 Wigwam Hallow Road
Apartment 5
Macomb, IL 61455

Bianca Ramos
837 Theresa Lane
Chicago Heights, IL 60411

Armiyah Leatherwood
410 W. Elting Street
Apartment 2
Macomb, IL 61455

Aurora Gomez
6639 S. Campbell Ave
Chicago, IL 60629

Bianca Thomas
430 W. Elting Street
Apartment 11
Macomb, IL 61455

Arnold Brothers
1729 West Jackson Street
Macomb, IL 61455

Austin Teel
1509 W. Jackson Street
Apartment 1
Macomb, IL 61455

Blake Miller
430 W. Elting Street
Apartment 8
Macomb, IL 61455

Blake Schwarz
930 N. Albert Street
Apartment 6
Macomb, IL 61455

Brian Ozuna
920 N. Albert Street
Apartment 9
Macomb, IL 61455

Celeste Quinn
811 E laffayette St
Rushville, IL 62681

Brad Walls
415 W. Adams Street
Apartment 4
Macomb, IL 61455

Briana Michaels
420 W. Elting Street
Apartment 11
Macomb, IL 61455

Cameron Kintzier
430 W. Elting Street
Apartment 4
Macomb, IL 61455

Braden Glennon
415 W. Adams Street
Apartment 5
Macomb, IL 61455

Briani Shorter
420 W. Elting Street
Apartment 7
Macomb, IL 61455

Cameron Wernentin
1509 W. Jackson Street
Apartment 12
Macomb, IL 61455

Bradley Murray
415 W. Adams Street
Apartment 7
Macomb, IL 61455

Brianna Bealer
430 W. Elting Street
Apartment 5
Macomb, IL 61455

Campbell Atkins
415 W. Adams Street
Apartment 6
Macomb, IL 61455

Brady Long
1505 W. Jackson Street
Apartment 4
Macomb, IL 61455

Britain Hamm
1511 W. Jackson Street
Apartment 8
Macomb, IL 61455

Carl Weydeman
9620 S Kilbourn Ave
Oak Lawn, IL 60453

Brady Pickett
415 W. Adams Street
Apartment 6
Macomb, IL 61455

Brittany McDaniel
420 W. Elting Street
Apartment 10
Macomb, IL 61455

Carson Cheesman
1543 W. Jackson Street
Apartment 6
Macomb, IL 61455

Brandon Ahlstrom
1543 W. Jackson Street
Apartment 2
Macomb, IL 61455

Brittany Twidwell
307 W. Summer Street
Plymouth, IL 62367

Carson Cuevas
2721 N Renwood Ave.

Brandon Pharr
1509 W. Jackson Street
Apartment 4
Macomb, IL 61455

Brooke Smith
1537 W. Jackson Street
Apartment 11
Macomb, IL 61455

Casey Verway
206 E. Oak St
Kewanee, IL 61443

Braxton Boyer
1919 E. Co. Rd 1670
Carthage, IL 62321

Bryce Miller
1203 1st Ave. NE
Waverly, IA 50677

Casey's General Store
PO Box 878439
Kansas City, MO 64187-8439

Braxton Phelps
1505 W. Jackson Street
Apartment 4
Macomb, IL 61455

Caleb Hall
1525 W. Jackson Street
Apartment 1
Macomb, IL 61455

Cassandra Kerlin
1244 N Rohlwing Road
Palatine, IL 60074

Cassidy Bagwell
17869 E U.S. Hwy 136
Havana, IL 62644

Cassidy Mootrey
415 W. Adams Street
Apartment 3
Macomb, IL 61455

Cassidy Tarter
25240 N Rawalts Rd
Canton, IL 61520

Caylee Swearingen
2550 Wapello Keokuk Road
Hedrick, IA 52563

Chana Beirmann
324 Wigwam Hallow Road
Apartment 3
Macomb, IL 61455

Chandler Pillsbury
1818 Old Oaks ct
Rockford, IL 61408

Charles Herridge
1543 W. Jackson Street
Apartment 12
Macomb, IL 61455

Charles Morrow
1511 W. Jackson Street
Apartment 7
Macomb, IL 61455

Charlia Davis
920 N. Albert Street
Apartment 11
Macomb, IL 61455

Charlis Wilson
106 N. Woodlawn Street
Wheaton, IL 60187

Chase Fisher
1003 Monroe Ave
Dixon, IL 61021

Chase Servison
420 W. Adams Street
Apartment 12
Macomb, IL 61455

Chassidy Turner
420 W. Elting Street
Apartment 6
Macomb, IL 61455

Chazz Jackson
900 N. Albert Street
Apartment 8
Macomb, IL 61455

Chelsea Payne
420 W. Elting Street
Apartment 3
Macomb, IL 61455

Chenjing Jia
1515 W. Jackson Street
Apartment 5
Macomb, IL 61455

Chris Jackson
1519 W. Jackson Street
Apartment 9
Macomb, IL 61455

Christian  Gale
1221 Crabtree Lane
Schaumburg, IL 60193

Christian Bridgewater
1521 W. Jackson Street
Apartment 4
Macomb, IL 61455

Christian Kennedy
1509 W. Jackson Street
Apartment 1
Macomb, IL 61455

Christopher Beck
1517 W. Jackson Street
Apartment 10
Macomb, IL 61455

Christopher Jimenez
1529 W. Jackson Street
Apartment 10
Macomb, IL 61455

Christopher Stephens
1209 Hampton Rd
Washington, IL 61571

City of Macomb - Water Dept.
Po Box 377
Macomb, IL 61455

City of Macomb Water Department
PO Box 377
Macomb, IL 61455

Claire Benton
430 W. Elting Street
Apartment 7
Macomb, IL 61455

Claire Borsinger
910 N. Albert Street
Apartment 6
Macomb, IL 61455

Claire Jaffe-Notier
910 N. Albert Street
Apartment 2
Macomb, IL 61455

Clarissa Mitro
218 E Peru
Princeton, IL 61356

Clark Scott
1529 W. Jackson Street
Apartment 11
Macomb, IL 61455

Clay Burkholder
3927 Sequoia Dr
Edwardsville, IL 62025

Cinergy
350 N. Deer Lane
Peoria, IL 61604

Craig Kemerson Jr.
1509 W. Jackson Street
Apartment 9
Macomb, IL 61455

Codi Baner
1517 W. Jackson Street
Apartment 9
Macomb, IL 61455

Commerce Bank
Bloomington Banking Center
120 N. Center
Bloomington, IL 61704

Cristina White
430 W. Elting Street
Apartment 7
Macomb, IL 61455

Cody Chandler
311 W. Lafayette
St. Avon, IL 61415

Commercial Rental
9965 U.S. Highway 136
Macomb, IL 61455

Dalton Anderson
1537 W. Jackson Street
Apartment 4
Macomb, IL 61455

Cody Smith
27328 E Breeds Rd
Canton, IL 61520

Computer Masters
PO Bocx 525
Macomb, IL 61455

Dalton Heubner
1505 W. Jackson Street
Macomb, IL 61455

Cody Wilkens
1513 W. Jackson Street
Apartment 1
Macomb, IL 61455

Connor Co.
433 North Campbell
Macomb, IL 61455

Dana Evans Jr.
1515 W. Jackson Street
Apartment 8
Macomb, IL 61455

Cole Harris
1709 89th Ave. West
Rock Island, IL 61201

Corey Baker
1513 W. Jackson Street
Apartment 5
Macomb, IL 61455

Daniel Clapp
286 Exeter Lane
Sugar Grove, IL 60554

Coleman Briggs
420 W. Elting Street
Apartment 12
Macomb, IL 61455

Corey Williams
910 N. Albert Street
Apartment 12
Macomb, IL 61455

Daniel Frey
415 W. Adams Street
Apartment 8
Macomb, IL 61455

Colton Allen
36609 270th ave
Pittsfield, IL 62363

Cortney Klingele
2438 Highway 104
Liberty, IL 62347

Daniel Keegan
900 N. Albert Street
Apartment 9
Macomb, IL 61455

Colton Kurtz
3128 Whitehaven Circle
Galesburg, IL 61401

Courntey Bedtka
805 W. Franklin St
Ashland, IL 62612

Daniel Kunnasseril
910 N. Albert Street
Apartment 12
Macomb, IL 61455

Colton Tracey
900 N. Albert Street
Apartment 1
Macomb, IL 61455

Courtney Jones
1541 W. Jackson Street
Apartment 12
Macomb, IL 61455

Daniel Oni
6002 Gross Creek Harbor Lane
Fulshear, TX 77441

Daniel Ramiro
1543 W. Jackson Street
Apartment 7
Macomb, IL 61455

Daniel Randich
415 W. Adams Street
Apartment 11
Macomb, IL 61455

Daniel Sullivan
920 N. Albert Street
Apartment 9
Macomb, IL 61455

Daniel White
1541 W. Jackson Street
Apartment 11
Macomb, IL 61455

Danielle Thompson
930 N. Albert Street
Apartment 3
Macomb, IL 61455

Danile smith
621 Columbia Drive
New Lexon, IL 60451

Danya Britt-Williams
1521 W. Jackson Street
Apartment 5
Macomb, IL 61455

Darius Thomas
1511 W. Jackson Street
Apartment 6
Macomb, IL 61455

Darnell Burton
1509 W. Jackson Street
Apartment 2
Macomb, IL 61455

Davan Jones
4403 Margaret Ridge Drive
Florissant, MO 63034

Darius Davis
23N636 Palmer Lane
Montgomery, IL 60538

David Akers
415 W. Adams Street
Apartment 3
Macomb, IL 61455

David Ashby
13382 SR 97
Havana, IL 62644

David Gaines
951 Skinker Parkway
St Louis, MO 63112

David Geers
430 W. Elting Street
Apartment 8
Macomb, IL 61455

David Mui
415 W. Adams Street
Apartment 10
Macomb, IL 61455

David Saad
1529 W. Jackson Street
Apartment 9
Macomb, IL 61455

Deon Duff
305 S. Lodge Lane
Lombard, IL 60148

Destiny Green
410 W. Elting Street
Apartment 3
Macomb, IL 61455

Devan Jones
430 W. Elting Street
Apartment 2
Macomb, IL 61455

Devin Johnson
203 Reeveston Dr
Macomb, IL 61455

Devin Kolodziej
415 W. Adams Street
Apartment 8
Macomb, IL 61455

Devon Moore
415 W. Adams Street
Apartment 4
Macomb, IL 61455

Devon Sanders
410 W. Elting Street
Apartment 5
Macomb, IL 61455

Diana Defelice-Pirro
536 Carola St
Creve Coeur, IL 61610

Dillon Duncan
916 Hwy A1
Medon, IL 62351

Dillon Martenson
420 W. Elting Street
Apartment 9
Macomb, IL 61455

Dominic DeAngelis
21801 Helen Drive
Plainfield, IL 60544

Dominic Vitale
415 W. Adams Street
Apartment 10
Macomb, IL 61455

Dominique Butler
420 W. Elting Street
Apartment 4
Macomb, IL 61455

Donald Losso
415 W. Adams Street
Apartment 5
Macomb, IL 61455

Emily Schmid
5804 Concord Ave
Glen Ellyn, IL 60137

Erik Neidinger
1509 W. Jackson Street
Apartment 4
Macomb, IL 61455

Dongmao Li
1515 W. Jackson Street
Apartment 10
Macomb, IL 61455

Emily Sica
231 Prospect ave
Durmont, NJ 07628

Erik Sarnello
910 N. Albert Street
Apartment 4
Macomb, IL 61455

Dru Hepburn
1529 W. Jackson Street
Apartment 4
Macomb, IL 61455

Enrique Boche
2853 N. Central Pork Ave
Chicago, IL 60618

Erika Doyle
3102 NE 2nd Ct
Hillsboro, OR 97124

Drucilla Brooks
420 W. Elting Street
Apartment 3
Macomb, IL 61455

Eric Dailly
920 N. Albert Street
Apartment 12
Macomb, IL 61455

Erin Davis
711 E. Carpenter Drive
Palatine, IL 60074

Dwayne Marshall
900 N. Albert Street
Apartment 4
Macomb, IL 61455

Eric Follman
1535 W. Jackson Street
Apartment 12
Macomb, IL 61455

Erin Lee
6882 Strong Box Circle
Roscoe, IL 61073

Dwayne Murphy Jr
415 W. Elting Street
Apartment 1
Macomb, IL 61455

Eric Gurzell
1539 W. Jackson Street
Apartment 11
Macomb, IL 61455

Ethan Ringle
1543 W. Jackson Street
Apartment 2
Macomb, IL 61455

Eli Simmons
1513 W. Jackson Street
Apartment 4
Macomb, IL 61455

Eric Jones
20205 State Hwy 123
Petersburg, IL 62675

Eugene Givens
415 W. Adams Street
Apartment 1
Macomb, IL 61455

Elizabeth Velazquez
10436 S. Ave E
Chicago, IL 60617

Eric Krol
135 Brentwood Trail
Elgin, IL 60120

Evan Blunk
517 E. Park
Geneseo, IL 61254

Emiliano Casanueva
1527 W. Jackson Street
Apartment 1
Macomb, IL 61455

Eric Tillman
4824 Tate Rd
Rockford, IL 61101

Father- Spirtas employee
951 Skinker Parkway
St Louis, MO 63112

Emily Jensen
1521 W. Jackson Street
Apartment 10
Macomb, IL 61455

Erica Harrell
1525 W. Jackson Street
Apartment 2
Macomb, IL 61455

Fernando Pacheco
1511 W. Jackson Street
Apartment 5
Macomb, IL 61455

Finny Abraham
1517 W. Jackson Street
Apartment 1
Macomb, IL 61455

Fowler's Appliance
613 East Pierce Street
Macomb, IL 61455

Frontier
63 Stone Street
Second Floor
Rochester, NY 14646

Gabriel Sahakyan
2012 W. Forestglen Drive
Peoria, IL 61615

Gabriella Dempsey
1525 W. Jackson Street
Apartment 10
Macomb, IL 61455

Garrett Kline
1513 W. Jackson Street
Apartment 6
Macomb, IL 61455

Genisis Trevino
430 W. Elting Street
Apartment 3
Macomb, IL 61455

Gordon Jensen
1511 W. Jackson Street
Apartment 8
Macomb, IL 61455

Grace Schafer
G2124 Counrtyside Cirlce
Naperville, IL 60565

Grady Case
1543 W. Jackson Street
Apartment 12
Macomb, IL 61455

Graham Sauer
420 W. Elting Street
Apartment 9
Macomb, IL 61455

Grant Kasal
423 Cove Lane
Westmont, IL 60559

Gregory Bates
9290 Meadowbend Dr.
Beaumont, TX 77706

Gregory Poole
1543 W. Jackson Street
Apartment 7
Macomb, IL 61455

Haley Bestudik
1519 W. Jackson Street
Apartment 10
Macomb, IL 61455

Haley Fjelstad
1543 W. Jackson Street
Apartment 5
Macomb, IL 61455

Hannah Short
1267 Lafayette Circle
Urbana, IL 61802

Harrison McCoy
415 W. Adams Street
Apartment 1
Macomb, IL 61455

Hayden Wilder
932 N. Charles Street
Macomb, IL 61455

Heartland Bank
401 N. Hershey Rd.
PO Box 67
Bloomington, IL 61702-0067

Heather King
1856 Michigan Ave Apt 104
Naperville, IL 60563

Heather Lucke
324 Wigwam Hallow Road
Apartment 4
Macomb, IL 61455

Hoa Nguyen
1527 W. Jackson Street
Apartment 2
Macomb, IL 61455

Hoa Nguyen
adult lives here permanently

Hub Printing
101 Maple Ave.
Rochelle, IL 61068

Hunter Galleske
900 N. Albert Street
Apartment 5
Macomb, IL 61455

IL DMV
3701 Winchester Road
Springfield, IL 62707

Immanuel Smith
8242 S. Throve Street
Chicago, IL 60620

Isaac Whitaker
33158 State Highway 107
Griggsville, IL 62340

Isabella Blanco
722 N. 24th Street
Quincy, IL 62301

Isaiah Duncan
1537 W. Jackson Street
Apartment 12
Macomb, IL 61455

Isaiah Lesure
1917 Fox Run
Mount Horeb, WI 53572

Issac Whitaker
1513 W. Jackson Street
Apartment 1
Macomb, IL 61455

Jaber Madkhali
400 W. Elting Street
Apartment 5
Macomb, IL 61455

Jack Berlett
601 Woodland Trail
Washington, IL 61571

Jacob Bevan
430 W. Elting Street
Apartment 1
Macomb, IL 61455

Jacob Orwig
900 N. Albert Street
Apartment 1
Macomb, IL 61455

Jacob Price
1539 W. Jackson Street
Apartment 5
Macomb, IL 61455

Jacob Prosser
1543 W. Jackson Street
Apartment 11
Macomb, IL 61455

Jacob Schwartz
415 W. Adams Street
Apartment 10
Macomb, IL 61455

Jacob Thome
1509 W. Jackson Street
Apartment 6
Macomb, IL 61455

Jacoby Foster
1509 W. Jackson Street
Apartment 9
Macomb, IL 61455

Jaden Medina
1332 Beecher Ave
Galesburg, IL 61401

Jake Perkins
920 N. Albert Street
Apartment 10
Macomb, IL 61455

Jaleesa Jackson
910 N. Albert Street
Apartment 1
Macomb, IL 61455

Jalen Ward
12675 MoonSeed Dr.
Carmel, IN 46032

Jalyn Brissey
316 Kimberly Drive
West Burlington, IA 52655

James Benkovich
7615 Yale Bridge Road
Rockton, IL 61072

James Galla
8910 Tahoe Lane
Spring Grove, IL 60081

James Miller
1543 W. Jackson Street
Apartment 11
Macomb, IL 61455

Jamese Roberts
1509 W. Jackson Street
Apartment 11
Macomb, IL 61455

Jamila Jenkins
1543 W. Jackson Street
Apartment 9
Macomb, IL 61455

Jamila Webster
415 W. Elting Street
Apartment 1
Macomb, IL 61455

Jared Dehm
415 W. Adams Street
Apartment 10
Macomb, IL 61455

Jasmin Williams
430 W. Elting Street
Apartment 6
Macomb, IL 61455

Jasmine Bailey
4430 W. Congress Parkway
Chicago, IL 60624

Jasmine Branch
1513 W. Jackson Street
Apartment 11
Macomb, IL 61455

Jasmine Douglas-Jackson
1529 W. Jackson Street
Apartment 3
Macomb, IL 61455

Jasmine Pringle
1541 W. Jackson Street
Apartment 7
Macomb, IL 61455

Jasmine Rickard
420 W. Elting Street
Apartment 8
Macomb, IL 61455

Jason Kessler
400 W. Elting Street
Apartment 10
Macomb, IL 61455

Jessica VanDerway
1509 W. Jackson Street
Apartment 11
Macomb, IL 61455

Jonathon Schulze
1537 W. Jackson Street
Apartment 1
Macomb, IL 61455

Jason Krol
135 Brentwood Trail
Elgin, IL 60120

Ji Yoon
1535 W. Jackson Street
Apartment 5
Macomb, IL 61455

Jonathon Williams
2068 Gardner Circle East
Aurora, IL 60503

Jeffery Pearson
201 Wigwam Hollow Road
Macomb, IL 61455

Jodie Tan Qui Yu
420 W. Elting Street
Apartment 10
Macomb, IL 61455

Jopse Monzon
1511 W. Jackson Street
Apartment 2
Macomb, IL 61455

Jenna Hadsall
900 N. Albert Street
Apartment 6
Macomb, IL 61455

Jodre Tan Qiu Tu.
76 Punggol Walk, #13-56
Singapore, SG 00082-8788

Jordon Coil
510 Gilbert Terrance
Machesny Park, IL 61115

Jenna Lambardo
1058 Hampshire Lane
Elgin, IL 60120

Joey Billeter
1511 W. Jackson Street
Apartment 6
Macomb, IL 61455

Jose Morale
1509 W. Jackson Street
Apartment 3
Macomb, IL 61455

Jennifer Owens
1525 W. Jackson Street
Apartment 3
Macomb, IL 61455

Johanna Craig
1513 W. Jackson Street
Apartment 8
Macomb, IL 61455

Joseph Depalma
1543 W. Jackson Street
Apartment 12
Macomb, IL 61455

Jennifer Rodriguez
1515 W. Jackson Street
Apartment 1
Macomb, IL 61455

John Holecek
430 W. Elting Street
Apartment 10
Macomb, IL 61455

Joseph Goodwin
1535 W. Jackson Street
Apartment 11
Macomb, IL 61455

Jerome Scott
1529 W. Jackson Street
Apartment 4
Macomb, IL 61455

Jonathan Banko
324 Wigwam Hallow Road
Apartment 3
Macomb, IL 61455

Joseph Herbers
1394 110th Street
Manning, IA 51455

Jessica Jirik
910 N. Albert Street
Apartment 7
Macomb, IL 61455

Jonathan Stockton
415 W. Adams Street
Apartment 7
Macomb, IL 61455

Joseph Leone
19315 Lisadell Dr
Tinley Park, IL 60487

Jessica Ngoie
1543 W. Jackson Street
Apartment 5
Macomb, IL 61455

Jonathan Williams
415 W. Adams Street
Apartment 11
Macomb, IL 61455

Joseph Meyer
611 11th Ave
Mendota, IL 61342

Josh Baldus
415 W. Adams Street
Apartment 4
Macomb, IL 61455

Justin Day
500 Mc Millen Rd
East Peoria, IL 61611

Karlee Starkey
1427 Putnam St
Peru, IL 61354

Josh Hoppe
415 W. Adams Street
Apartment 6
Macomb, IL 61455

Justin Rinaldi
1543 W. Jackson Street
Apartment 7
Macomb, IL 61455

Karyn Goldensoph
324 Wigwam Hallow Road
Apartment 12
Macomb, IL 61455

Joshua Fanter
324 Wigwam Hallow Road
Apartment 6
Macomb, IL 61455

Justin Syzweck
1521 W. Jackson Street
Apartment 3
Macomb, IL 61455

Kate Elliot
526 AthensVille Road
Palmyra, IL 62674

Joshua Fitzgerald
930 N. Albert Street
Apartment 4
Macomb, IL 61455

Kai Yang
1515 W. Jackson Street
Apartment 5
Macomb, IL 61455

Katelyn Muhlenburg
1536 180th St
Aledo, IL 61231

Joshua Jojo
1517 W. Jackson Street
Apartment 12
Macomb, IL 61455

Kai Yang Chen
1525 W. Jackson Street
Apartment 6
Macomb, IL 61455

Katelyn Nemeth
1537 W. Jackson Street
Apartment 11
Macomb, IL 61455

Joshua Jones
9635 S. Lowe
Chicago, IL 60628

Kalee Brown
324 Wigwam Hallow Road
Apartment 5
Macomb, IL 61455

Katelyn Shields
2013 Highwood Ave
Perkin, IL 61554

Joshuan Rivera
1509 W. Jackson Street
Apartment 4
Macomb, IL 61455

Kamren Minnaert
1511 W. Jackson Street
Apartment 10
Macomb, IL 61455

Kathryn Zeeck
13382 SR 97
Havana, IL 62644

Julia Szozda
324 Wigwam Hallow Road
Apartment 5
Macomb, IL 61455

Kara Crowther
204 N La Salle Ave
Ladd, IL 61329

Katie Boston
324 Wigwam Hallow Road
Apartment 8
Macomb, IL 61455

Julie Herek
324 Wigwam Hallow Road
Apartment 12
Macomb, IL 61455

Karenrose Steppan
415 Adams Street
Apartment 3
Macomb, IL 61455

Katie Dewey
709 Heights Road
Dixon, IL 61021

Julius Morris
900 N. Albert Street
Apartment 4
Macomb, IL 61455

Karissa Scales
1015 Arthur Apt F1
West Peoria, IL 61604

Katie Gorski
910 N. Albert Street
Apartment 2
Macomb, IL 61455

Katie Thompson
616 Chicago Road
Paw Paw, IL 61353

Katielyn Schafer
324 Wigwam Hallow Road
Apartment 1
Macomb, IL 61455

Katrina Parker
1527 W. Jackson Street
Apartment 11
Macomb, IL 61455

Kaycee Pugsley
324 Wigwam Hallow Road
Apartment 7
Macomb, IL 61455

Kaylee Kirby
1519 W. Jackson Street
Apartment 11
Macomb, IL 61455

Kaylee Kirby
109 N. Menard St
Mason City, IL 62664

Kaylee Wolf
1118 E 1323rd Lane
Quincy, IL 62305

Kayleigh Diveley
1521 W. Jackson Street
Apartment 9
Macomb, IL 61455

Kayvon Vakil
3930 Crestwood Dr
Northbrook, IL 60062

Keiji Saito
1511 W. Jackson Street
Apartment 4
Macomb, IL 61455

Kelsey Chandler
1501 W. Jackson Street
Apartment 9
Macomb, IL 61455

Kelsey Cromer
1515 W. Jackson Street
Apartment 11
Macomb, IL 61455

Kendal Hannant
35009 443 Lane
Griggsville, IL 62340

Kennedy Wilkins
1510 N. Harlem
River Forest, IL 60305

Kennen Hutchison
1513 W. Jackson Street
Apartment 4
Macomb, IL 61455

Kevin Clouston
1517 W. Jackson Street
Apartment 6
Macomb, IL 61455

Kevin Terpstra
1509 W. Jackson Street
Apartment 1
Macomb, IL 61455

Kevin Zheng
900 N. Albert Street
Apartment 10
Macomb, IL 61455

KeVohn McMahon
9209 S. Wentworth Ave
Chicago, IL 60620

Kevonni Harvey
6700 Pine Ln
Carpentersville, IL 60177

Khadijah Hudson
420 W. Elting Street
Apartment 4
Macomb, IL 61455

Khalen Saunders
5552 Emerson Ave
St. Louis, MO 63120

Khayla Perkins
420 W. Elting Street
Apartment 3
Macomb, IL 61455

Khristian Novoa
303 Hamilton Rd
Marquette Hights, IL 61554

Kimberly Bickhaus
1511 W. Jackson Street
Apartment 3
Macomb, IL 61455

Kimberlyn Cranford
Box 20, Site 3, RRI
Roaches Line, NL AOA 1W0

Kirby Risk
PO Box 5089
Lafayette, IN 47903-5089

Kolton Schlichting
415 W. Adams Street
Apartment 8
Macomb, IL 61455

Kori McElroy
1543 W. Jackson Street
Apartment 10
Macomb, IL 61455

Kory Bienhoff
1505 W. Jackson Street
Apartment 1
Macomb, IL 61455

Kristina Hiller
11S517 Webster Lane
Naperville, IL 60564

Krol
430 W. Elting Street
Apartment 9
Macomb, IL 61455

Kyle Kahs
1537 W. Jackson Street
Apartment 4
Macomb, IL 61455

Kyle Kruzel
12345 Falcon Drive
Plainfield, IL 60585

Kyle Rognstad
1513 W. Jackson Street
Apartment 8
Macomb, IL 61455

Kylea Starkey
1543 W. Jackson Street
Apartment 1
Macomb, IL 61455

Kyndra Harris
324 Wigwam Hallow Road
Apartment 7
Macomb, IL 61455

Lacaseia Dixon
339 Noela Street
Park Forest, IL 60466

Laila Alyami
1529 W. Jackson Street
Apartment 5
Macomb, IL 61455

Lambasio Inc.
401 E. Berrien Street
Galesburg, IL 61401

Laniqua Roberts
430 W. Elting Street
Apartment 6
Macomb, IL 61455

Lasha Williams
1543 W. Jackson Street
Apartment 5
Macomb, IL 61455

Laura Alcala
420 W. Elting Street
Apartment 8
Macomb, IL 61455

Lauren Gerstung
1428 Orchid Street
Yorkville, IL 60560

Lauren Marchetto
1543 W. Jackson Street
Apartment 10
Macomb, IL 61455

Lauren Switzer
65 S. Yorktown Road
Macomb, IL 61455

Leah Hembrough
885 Taylor Lane
Winchester, IL 62694

Lee Stiltz
1513 W. Jackson Street
Apartment 5
Macomb, IL 61455

Logan Johnson
1527 W. Jackson Street
Apartment 10
Macomb, IL 61455

Lucas Daniels
1527 W. Jackson Street
Apartment 10
Macomb, IL 61455

Louise Scott & Bougher
315 E. Jackson St.
Macomb, IL 61455

Luke Merritt
1527 W. Jackson Street
Apartment 9
Macomb, IL 61455

Lyric Pendleton
533 E. North Street
Galesburg, IL 61401

Mackenzie Buck
1511 W. Jackson Street
Apartment 3
Macomb, IL 61455

Mackenzie May
180 Mary Senica Court
LaSalle, IL 61301

Mackenzie Miller
17473 Tice Road
Petersburg, IL 62675

Madelyn Baker
17629 22nd Avenue
Hedrick, IA 52563

Madelyn Lego
1535 W. Jackson Street
Apartment 9
Macomb, IL 61455

Madison Corzatt
846 90th Street
Berwick, IL 61417

Madison Fuller
420 W. Elting Street
Apartment 8
Macomb, IL 61455

Madison Johnson
1517 W. Jackson Street
Apartment 10
Macomb, IL 61455

Madison Kessler
402 S Sullivan St
Industry, IL 61440

Madison McCoy
1535 W. Jackson Street
Apartment 1
Macomb, IL 61455

Madison Palmer
207 Howard Street
East Peoria, IL 61611

Madison Sperry
1088 Highway 61
Mendon, IL 62351

Maggie Eberley
900 N. Albert Street
Apartment 11
Macomb, IL 61455

Maintenance USA
PO Box 404295
GA 30834

Map Communications
PO Box 789050
Philadelphia, PA 19178-9050

Marie Durant
1527 W. Jackson Street
Apartment 12
Macomb, IL 61455

Marisa Bethel
1409 West Queens Court
Peoria, IL 61614

Marissa Toberman
420 W. Elting Street
Apartment 11
Macomb, IL 61455

Mark Bangert
1543 W. Jackson Street
Apartment 11
Macomb, IL 61455

Mark Cizek
430 W. Elting Street
Apartment 4
Macomb, IL 61455

Martin Nall
1527 W. Jackson Street
Apartment 9
Macomb, IL 61455

Mary Peterson
900 N. Albert Street
Apartment 8
Macomb, IL 61455

Mary Scott
626 Hickory Street
Chicago Heights, IL 60411

Mary-Bianca Fuller
430 W. Elting Street
Apartment 11
Macomb, IL 61455

Matt Betzwiser
4413 Ole Farm Road
Plainfield, IL 60586

Matthew Allen
400 W. Elting Street
Apartment 9
Macomb, IL 61455

Matthew Beckemeyer
1513 W. Jackson Street
Apartment 12
Macomb, IL 61455

Matthew Beckemeyer
1521 W. Jackson Street
Apartment 7
Macomb, IL 61455

Matthew Cerone
1513 W. Jackson Street
Apartment 12
Macomb, IL 61455

Matthew Cutro
920 N. Albert Street
Apartment 10
Macomb, IL 61455

Matthew Dwyer
6221 N. Kilkenny Dr
Edwards, IL 61528

Matthew Gamperl
236 Columbia Ave
Elmhurst, IL 60126

Matthew Gendusa
930 N. Albert Street
Apartment 6
Macomb, IL 61455

Matthew Jansen
910 N. Albert Street
Apartment 9
Macomb, IL 61455

Matthew Orth
11021 14th Street
West Milan, IL 61264

Matthew Pinkston
703 Davidson Dr Unit B
Minooka, IL 60447

Matthew Pitti
25805 Oak Hills Road
Lake Barrington, IL 60010

May
430 W. Elting Street
Apartment 9
Macomb, IL 61455

Megan Hreujar
1525 W. Jackson Street
Apartment 10
Macomb, IL 61455

Michael Staller
420 W. Elting Street
Apartment 12
Macomb, IL 61455

McDonough County Voice
26 West Side Square
Macomb, IL 61455

Megan Wood
310 E. Bancroft
West Point, IL 62380

Michael Tran
900 N. Albert Street
Apartment 12
Macomb, IL 61455

MCI
PO Box 4830
Trenton, NJ 08650

Meghan Lowry
230 Sumac Lane
Schaumburg, IL 60193

Michaela Dean
1515 W. Jackson Street
Apartment 8
Macomb, IL 61455

McKensie Vissering
1535 W. Jackson Street
Apartment 8
Macomb, IL 61455

Melissa Caldwell
415 W. Adams Street
Apartment 2
Macomb, IL 61455

Michaela Harris
1521 W. Jackson Street
Apartment 11
Macomb, IL 61455

McKenzie Allen
324 Wigwam Hallow Road
Apartment 2
Macomb, IL 61455

Melissa O'Reilly
7 Hudsonberry Drive
Paradise, NL A1L 0R2

Michelle Koso
940 E. Old Willow
Prospect Heights, IL 60070

Mckenzie Horton
1535 W. Jackson Street
Apartment 1
Macomb, IL 61455

Micah Highland
23187 Richards Street
Lincolnshire, IL 60069

Michelle Stalioraitis
3927 West 116th place
Alsip, IL 60803

Meagan Schulz
415 W. Adams Street
Apartment 9
Macomb, IL 61455

Michael Ariss
1509 W. Jackson Street
Apartment 3
Macomb, IL 61455

Minli Shen
400 N Western Ave #804 Olson Hal
Macomb, IL 61455

Meaghan Schulz
2457 Prairie Rose Ridge
Muscatine, IA 52761

Michael Barnett
421 19th Ave
Moline, IL 61265

Miranda Wright
900 N. Albert Street
Apartment 11
Macomb, IL 61455

Megan Fearon
IN055 Ellis Ave
Carolstream, IL 60188

Michael Marcucci
1973 Crenshaw Circle
Vernon Hills, IL 60061

Miriah Martin
920 N. Albert Street
Apartment 11
Macomb, IL 61455

Megan Ferry
1539 W. Jackson Street
Apartment 12
Macomb, IL 61455

Michael Meade
361 Kent Road
Riverside, IL 60546

Mirissa Martin
415 W. Elting Street
Apartment 1
Macomb, IL 61455

Mitch Riley
324 Wigwam Hallow Road
Apartment 12
Macomb, IL 61455

Mitchell Massey
27249 N Heather Rd
Ellisville, IL 61413

Mitchell Roth
1112 19th Ave
Camanche, IA 52730

Mohammad Aldawsari
1529 W. Jackson Street
Apartment 5
Macomb, IL 61455

Mohammed Alrakah
1529 W. Jackson Street
Apartment 5
Macomb, IL 61455

Molly Robb
1529 W. Jackson Street
Apartment 10
Macomb, IL 61455

Monique Jackson
910 N. Albert Street
Apartment 1
Macomb, IL 61455

Monique Rogers
430 W. Elting Street
Apartment 6
Macomb, IL 61455

Muhamad Alrashidi
Saudi Arabia

Mukosa Nsokoshi
2004 Moreland Blvd Apt 105
Champaign, IL 61822

Muneera
850 E. Main Street
Galesburg, IL 61401

Mustafa Alkhabbaz

Naga Shanmugam OFF
1529 W. Jackson Street
Apartment 9
Macomb, IL 61455

Natalie Stark
910 N. Albert Street
Apartment 6
Macomb, IL 61455

Natasia McDade
430 W. Elting Street
Apartment 5
Macomb, IL 61455

Natay Wilfinger
4709 Crystal Tr.
McHenry, IL 60050

Nathan Breeze
913 Bell Ave
Mattoon, IL 61938

Nathan Moore
119 W. Edson St
Poplar Grove, IL 61065

Nathaniel Margenthaler
1509 W. Jackson Street
Apartment 6
Macomb, IL 61455

Nathaniel Munoz
6701 W. Montrose
Harwood Heights, IL 60706

Naudia Johnson
430 W. Elting Street
Apartment 3
Macomb, IL 61455

Ni'kyra Jones
420 W. Elting Street
Apartment 6
Macomb, IL 61455

Nicholas Cozzone
1509 W. Jackson Street
Apartment 3
Macomb, IL 61455

Nicholas Keys
1509 W. Jackson Street
Apartment 9
Macomb, IL 61455

Nicholas Scherer
8269 Goodwin Circle
Dalton City, IL 61925

Nickole Strubbe
324 Wigwam Hallow Road
Apartment 8
Macomb, IL 61455

Nicole Birmingham
13415 Kildare Ave
Robbins, IL 60472

Nicole matej
415 W. Adams  Street
Apartment 2
Macomb, IL 61455

Nicole Trafton
1002 Ryehill Dr
Joliet, IL 60431

Nikolina Medina
415 W. Adams Street
Apartment 2
Macomb, IL 61455

Nolan Schuhler
1535 W. Jackson Street
Apartment 7
Macomb, IL 61455

NTN Bower
1511 W. Jackson Street
Apartment 4
Macomb, IL 61455

NTN Executive
1513 W. Jackson Street
Apartment 2
Macomb, IL 61455

NTN Executive
1513 W. Jackson Street
Apartment 3
Macomb, IL 61455

Old Second National Bank
333 W. Wacker Drive, #710
Chicago, IL 60606

Olivia Main
324 Wigwam Hallow Road
Apartment 11
Macomb, IL 61455

Olivia Schulte
1537 W. Jackson Street
Apartment 10
Macomb, IL 61455

Omar Duran
1509 W. Jackson Street
Apartment 11
Macomb, IL 61455

Ontariez Henderson
707 24th Street
East Moline, IL 61244

Paige Noecker
1537 W. Jackson Street
Apartment 10
Macomb, IL 61455

Paige Skinner
100 College St
Berwick, IL 61417

Pat Penrose
1515 W. Jackson Street
Apartment 4
Macomb, IL 61455

Patrick Kelly
1537 W. Jackson Street
Apartment 3
Macomb, IL 61455

Patrick O'Sadnick
4494 E 250th Road
Mendota, IL 61342

Paula Allen
1541 W. Jackson Street
Apartment 8
Macomb, IL 61455

Pauline Parkhurst
710 Bayside Drive
Metamora, IL 61548

Payton Reed
17132 E IL 100 HWY
Cuba, IL 61427

Peter Rachwalski
415 W. Adams Street
Apartment 4
Macomb, IL 61455

Rachel Gerecke
1539 W. Jackson Street
Apartment 10
Macomb, IL 61455

Rachel Henderson
743 Van Winkle Dr
Canton, IL 61520

Rachel Papiernik
430 W. Elting Street
Apartment 7
Macomb, IL 61455

Rachel Verbeke
1519 W. Jackson Street
Apartment 2
Macomb, IL 61455

Randa Watts
900 Libby Lane
Pittsfield, IL 62363

Rayna Weaver
420 W. Elting Street
Apartment 7
Macomb, IL 61455

Rebecca Sadler
910 N. Albert Street
Apartment 7
Macomb, IL 61455

Rebekah Crump
338 East 56Th Apt 202
Chicago, IL 60637

Reda Alhubail
201 Wigwam Hollow RD #707
Macomb, IL 61455

Reid Suddeth
932 N. Charles Street
Macomb, IL 61455

Reliable Pest
PO Box 627
Hannibal, MO 63401

Ricardo Rea
415 W. Adams Street
Apartment 6
Macomb, IL 61455

Riley Schuhler
1535 W. Jackson Street
Apartment 7
Macomb, IL 61455

Ryan Ortiz
400 W. Elting Street
Apartment 9
Macomb, IL 61455

Sears Lien
430 W. Elting Street
Apartment 10
Macomb, IL 61455

Riley Donnewald
900 N. Albert Street
Apartment 6
Macomb, IL 61455

Ryan Shortness
25 Edmar Dr
Canton, IL 61520

Sears
1820 E. Sky Harbor Circle
Phoenix, AZ 85034

Robert Schnoes
1517 W. Jackson Street
Apartment 7
Macomb, IL 61455

Samantha Bonzi
2404 Upland Circle
Rockford, Il 61108

Security Alarm
PO Box 665 151 East Main
Salem, IL 62881

Robert Searls
247 Lexington Street
Dekalb, IL 60115

Samantha Homan
5552 E. 400 N
Portland, IN 47371

Shahad Madkhali
400 W. Elting Street
Apartment 12
Macomb, IL 61455

Roman Visintine
1543 W. Jackson Street
Apartment 6
Macomb, IL 61455

Samuel Bellone
4111 Highcrest Road
Rockford, IL 61107

Shamia Murphy
430 W. Elting Street
Apartment 3
Macomb, IL 61455

Ronald Fox
720 N. Johnson St.
Kahoka, MO 63445

Sandy Briggs III
1509 W. Jackson Street
Apartment 2
Macomb, IL 61455

Shannon-Nicole Simon
1537 W. Jackson Street
Apartment 8
Macomb, IL 61455

Rose Speidel
1539 W. Jackson Street
Apartment 9
Macomb, IL 61455

Sang Yoon
1535 W. Jackson Street
Apartment 5
Macomb, IL 61455

Shawna Rabe
21305 South Redwood Ln
Shorewood, IL 60404

Rual Chaidez
400 W. Elting Street
Apartment 6
Macomb, IL 61455

Sarah Nielsen
1517 W. Jackson Street
Apartment 2
Macomb, IL 61455

Shayvon Williams
1421 N. Halsted
Chicago, IL 60642

Rusheena Shah
1529 W. Jackson Street
Apartment 11
Macomb, IL 61455

Sarah Radtke
1543 W. Jackson Street
Apartment 1
Macomb, IL 61455

Sheantera Murphy
1613 Iris Ave
Rockford, IL 61102

Russell Miller
1505 W. Jackson Street
Apartment 1
Macomb, IL 61455

Sean Cory
244 Hickory Drive
Lena, IL 61408

Shelby Hafertepe
410 W. Elting Street
Apartment 2
Macomb, IL 61455

Shinji Yoshinaga
1535 W. Jackson Street
Apartment 6
Macomb, IL 61455

Simon Aniello
1030 Acron Hill Lane
West Chicago, IL 60185

Simonne Johnson
1537 W. Jackson Street
Apartmen t8
Macomb, IL 61455

Snyder
1519 W. Jackson Street
Apartment 4
Macomb, IL 61455

Son-Spirtas employee
951 Skinker Parkway
St Louis, MO 63112

Soy Capital Bank
1501 E. Eldorado Street
Decatur, IL 62521

Spencer Smith
420 W. Elting Street
Apartment 9
Macomb, IL 61455

Spirtas employee
951 Skinker Parkway
St Louis, MO 63112

Sprint
PO Box 4191
Carol Stream, IL 60197

Stephanie Cantu
3017 S. Lawndale ave
Chicago, IL 60623

Stephanie Ryan
1519 W. Jackson Street
Apartment 7
Macomb, IL 61455

Stephanie Pahlke
1519 W. Jackson Street
Apartment 5
Macomb, IL 61455

Stephen McQueen
2681 McQueen Rd
New Berlin, IL 62670

Steve Chung
1505 W. Jackson Street
Apartment 5
Macomb, IL 61455

Steve Gaines
951 Skinker Parkway
St Louis, MO 63112

Steven Rush
1535 W. Jackson Street
Apartment 3
Macomb, IL 61455

Tabor Griglione
1543 W. Jackson Street
Apartment 2
Macomb, IL 61455

Taeche Bryant-Kizer
915 Theresa Lane
Chicago Heights, IL 60411

Takira Hill
1529 W. Jackson Street
Apartment 3
Macomb, IL 61455

Tamaria Young
420 W. Elting Street
Apartment 7
Macomb, IL 61455

Tamara Hudson
429 S. 19th Ave
Maywood, IL 60153

Tanner Huddleston
1505 W. Jackson Street
Apartment 1
Macomb, IL 61455

Tara Stockham
1519 W. Jackson Street
Apartment 3
Macomb, IL 61455

Taryn Brees
930 N. Albert Street
Apartment 3
Macomb, IL 61455

Tatianna Cook
900 N. Albert Street
Apartment 7
Macomb, IL 61455

Tayler Simon
1513 W. Jackson Street
Apartment 7
Macomb, IL 61455

Taylor Clayton
1539 W. Jackson Street
Apartment 6
Macomb, IL 61455

Taylor White
415 W. Adams Street
Apartment 5
Macomb, IL 61455

Taylor Wolf
1527 W. Jackson Street
Apartment 5
Macomb, IL 61455

Teasia Lee
420 W. Elting Street
Apartment 6
Macomb, IL 61455

Terry Gavis
123 N 15th Street
Mattoon, IL 61938

Tina Loftus
1509 W. Jackson Street
Apartment 7
Macomb, IL 61455

Tristin Hobson
1505 W. Jackson Streeet
Apartment 4
Macomb, IL 61455

Thabo Mochebelele
Koenaneng St Maseru Lesotho 100
South Africa

Tim Garrett
430 W. Elting Street
Apartment 10
Macomb, IL 61455

Turnquist Service CO.
PO Box 237
Macomb, IL 61455

Thinh Nguyen
900 N. Albert Street
Apartment 12
Macomb, IL 61455

Tim Weyer
1509 W. Jackson Street
Apartment 3
Macomb, IL 61455

Tuyetlan Nguyen
900 N. Albert Street
Apartment 12
Macomb, IL 61455

Thomas Bustard
2805 27th Ave
Rock Island, IL 61201

Timothy Cherwin
3705 N. Oleander Ave.
Chicago, IL 60634

Tyler Bustard
2805 27th Ave
Rock Island, IL 61201

Thomas Collum
920 N. Albert Street
Apartment 12
Macomb, IL 61455

Timothy Hausl
1511 W. Jackson Street
Apartment 10
Macomb, IL 61455

Tyler Dively
910 N. Albert Street
Apartment 9
Macomb, IL 61455

Thomas Loughman
415 W. Adams Street
Apartment 11
Macomb, IL 61455

Tomas Kaliavas
1509 W. Jackson Street
Apartment 11
Macomb, IL 61455

Tyler Espinosa
400 W. Elting Street
Apartment 6
Macomb, IL 61455

Thomas Manzke
415 W. Adams Street
Apartment 1
Macomb, IL 61455

Tracy Ellis
1543 W. Jackson Street
Apartment 1
Macomb, IL 61455

Tyler Isaacs
1535 W. Jackson Street
Apartment 3
Macomb, IL 61455

Thomas Patterson
1509 W. Jackson Street
Apartment 9
Macomb, IL 61455

Tramar Robertson
1511 W. Jackson Street
Apartment 1
Macomb, IL 61455

Tyler Lafferty
1511 W. Jackson Street
Apartment 5
Macomb, IL 61455

Thomas Sprowl
5240 Brookstone Drive
Rochelle, IL 61068

Travis Waker
1537 W. Jackson Street
Apartment 12
Macomb, IL 61455

Tyler Lentz
1521 W. Jackson Street
Apartment 8
Macomb, IL 61455

Thomas Zielinski
900 N. Albert Street
Apartment 10
Macomb, IL 61455

Trevor Muntz
326 East 6th St
Minonk, IL 61760

Tyler Spotloe
900 N. Albert Street
Apartment 6
Macomb, IL 61455

Ulysses Pinedo
1509 W. Jackson Street
Apartment 1
Macomb, IL 61455

Western Courier
1 University Circle
Macomb, IL 61455

Yellow Pages Unlimited
PO BOx 41140
Melbourne, FL 32941

Uriel Ortega
403 Birch ave
Genoa, IL 60135

Western Distributing
254 S. Collins
Macomb, IL 61455

Yu Meng
1541 W. Jackson Street
Apartment 10
Macomb, IL 61455

Valerie Nguyen
1505 W. Jackson Street
Apartment 5
Macomb, IL 61455

Will Owens
1309 6th Street A
Orion, IL 61273

Zach Hershey
1519 W. Jackson Street
Apartment 6
Macomb, IL 61455

Verenice Sandoval
1527 W. Jackson Street
Apartment 7
Macomb, IL 61455

Will Taylor
932 N. Charles Street
Macomb, IL 61455

Zach Seaburg
1511 W. Jackson Street
Apartment 12
Macomb, IL 61455

Verizon
PO Box 15124
Albany, NY 12212

William Eden
900 N. Albert Street
Apartment 9
Macomb, IL 61455

Zachary Deroo
2902 53rd Ave. West
Milan, IL 61264

Victoria Blackport
1535 W. Jackson Street
Apartment 12
Macomb, IL 61455

William Groves
715 W. Mossville Road
Peoria, IL 61615

Zachary Jones
604 Mallard Lakes Dr
McKinney, TX 75070

Viktor Glaes
1517 W. Jackson Street
Apartment 5
Macomb, IL 61455

William Lenz
1236 Mason st
DeKalb, IL 60115

Zachary Moyer
415 W. Adams Street
Apartment 7
Macomb, IL 61455

Waste Management
Po Box 4648
Carol Stream, IL 60197

William Sewell
1334 W 82nd Street
Chicago, IL 60620

Zachary Swenson
1124 1st Street SW
Mason City, IA 50401

Wenting Xu
1525 W. Jackson Street
Apartment 6
Macomb, IL 61455

Xavier Rowe
8923 S. Euclid
Chicago, IL 60617

Zachary Young
1509 W. Jackson Street
Apartment 6
Macomb, IL 61455

West Side Lumber
Po Box 548
1301 W. Jackson
Macomb, IL 61455

Yasmine Delgado
415 W. Adams Street
Apartment 9
Macomb, IL 61455

Zak Georitsis
430 W. Elting Street
Apartment 8
Macomb, IL 61455

## United States Bankruptcy Court
### Northern District of Illinois

In re    **Aspen Court, L.L.C.** _____
                                    Debtor(s)

Case No. _____
Chapter    **11** _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Aspen Court, L.L.C.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

5-15-17
_____
Date

_____
**DAVID K. WELCH**
Signature of Attorney or Litigant
Counsel for   **Aspen Court, L.L.C.**
**Crane, Heyman, Simon, Welch & Clar
Suite 3705
135 South LaSalle Street
Chicago, IL 60603-4297
312-641-6777 Fax:312-641-7114**