## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: IN RE: ASPEN COURT, LLC, an Illinois limited liability company, Debtor/Debtor-In-Possession

Case Number: 17-16064

An appearance is hereby filed by the undersigned as attorney for:

COMMERCE BANK

Attorney name (type or print): FRANCIS X. BUCKLEY, JR.

Firm: THOMPSON COBURN, LLP

Street address: 55 E MONROE , 37TH FLOOR

City/State/Zip: CHICAGO, IL 60603

Bar ID Number: 6185143
(See item 3 in instructions)

Telephone Number: 312-580-2210

Email Address: fxbuckleyjr@thompsoncoburn.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | ✔ | |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on May 26, 2017

Attorney signature: S/ Francis X. Buckley, Jr.
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015