## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Aspen Court, LLC, an Illinois limited liability company

Case Number: 17-16064

An appearance is hereby filed by the undersigned as attorney for:

Old Second Bank

Attorney name (type or print): William J. Barrett

Firm: Barack Ferrazzano Kirschbaum & Nagelberg LLP

Street address: 200 West Madison St., Suite 3900

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6206424
(See item 3 in instructions)

Telephone Number: 312-629-5170

Email Address: william.barrett@bfkn.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | ✔ | |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on May 26, 2017

Attorney signature: S/ *William J. Barrett*
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015