| **Fill in this information to identify the case:** |
| --- |

Debtor name    **Aspen Court, L.L.C.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    **17-16064**

☐ Check if this is an
amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals                    12/15

| **Part 1:**  **Summary of Assets** |
| --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................    $            0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...........................................................    $        874,942.74

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................    $        874,942.74

| **Part 2:**  **Summary of Liabilities** |
| --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of Schedule D....................................    $     15,237,899.59

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $        424,519.92

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$        887,841.44

4. **Total liabilities** ........................................................................................
   Lines 2 + 3a + 3b

   $     16,550,260.95

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

| Debtor name | **Aspen Court, L.L.C.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | **17-16064** |

☐ Check if this is an
   amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **First Bankers Trust Company** | **Checking Account** | | **$480,845.47** |
| 3.2. | **Mid America National Bank** | **Checking Account** | 8278 | **$9,426.24** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** | | | | **$490,271.71** |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Aspen Court, L.L.C.**                                          Case number (If known)  **17-16064**
_____
Name

| 11a. 90 days old or less: | 17,449.97 | - | 6,121.39 | = .... | $11,328.58 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 135,576.02 | - | 90,384.01 | =.... | $45,192.01 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | | $56,520.59 |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | |

**Part 4:**     **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**     **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **Screen material** | 6/13/2017 | $0.00 | | $100.00 |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** **Appliances, Carpet, Blinds** | 6/13/2017 | $10,950.44 | Recent cost | $10,950.44 |
| 22. | **Other inventory or supplies** **Paint** | | $0.00 | | $300.00 |

| 23. | **Total of Part 5.** | | $11,350.44 |
|---|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | | |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

| Debtor | **Aspen Court, L.L.C.** | Case number *(if known)* **17-16064** |
|---|---|---|
| | Name | |

---

**Part 6:**     **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

---

**Part 7:**     **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **5 desks and 12 chairs** | $0.00 | | $2,200.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **3 computers and 2 tanning beds** | $0.00 | | $2,600.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | $4,800.00 |
|---|---|---|

**44.**    **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

**45.**    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

---

**Part 8:**     **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **See Attached** | $0.00 | | $95,000.00 |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |

---

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 3

| Debtor | Aspen Court, L.L.C. | | | Case number *(if known)* 17-16064 |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 48.1. | **Trailers - See Attached** | $0.00 | | $20,500.00 |

| 49. | **Aircraft and accessories** | | | |
|---|---|---|---|---|

| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
|---|---|---|---|---|
| | **Machinery - See Attached** | $0.00 | | $196,500.00 |

51. **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

$312,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available.<br>55.1. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| See Attached | | Unknown | | Unknown |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Aspen Court, L.L.C.**
_____    Case number *(If known)*  **17-16064**
      Name

☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Aspen Court, L.L.C.**                                    Case number *(If known)*  **17-16064**
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $490,271.71 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $56,520.59 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $11,350.44 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,800.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $312,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $874,942.74 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $874,942.74 |

# Schedule A/B
# Attachment

PART 8

**47    AUTOMOBILES**

|  | Serial # | Market Value |
|---|---|---|
| 2010 Chevy Van | | 10,000.00 |
| 2009 Butler Steam Cleaning Van | | 30,000.00 |
| 1999 GMC W4500 Box Truck | J8DC4B141X7019056 | 5,000.00 |
| 2005 Utility Pick Up 2500 | 1GBHC24U95E216348 | 7,000.00 |
| 2004 2500 Pick Up | 1GCHK29UX4E362652 | 6,000.00 |
| 2005 3500 Pick Up | 1GCJK332X5F861865 | 15,000.00 |
| 2007 Chevrolet 2500 | 1GCHK24K07E574762 | 10,000.00 |
| 1996 Freightliner FL70 | 1FV6HLBA9TL764141 | 12,000.00 |
| | | 95,000.00 |

**48 TRAILERS**

|  | Serial # | Market Value |
|---|---|---|
| Dorsey 48' Semi Trailer | 1DTP16Z25KP026100 | 3,000.00 |
| 1988 McCullough Semi-Trailer | 166fs452xgd000595 | 1,500.00 |
| 2011 Featherlite Trailer | | 12,000.00 |
| Dynaweld 10 Ton Trailer | 4U161AEX9VX34879 | 4,000.00 |
| | | 20,500.00 |

**50 MACHINERY**

|  | Serial # | Market Value |
|---|---|---|
| 2004 60" Toro Z | 220001187 | 1,500.00 |
| 1996 Mitsubishi Forklift | AF17B-01902 | 4,000.00 |
| 1996 Genie Man Lift S-40 | #644 | 6,000.00 |
| 1999 John Deere 310 | TO310EX875234 | 22,000.00 |
| 2004 JCB 506C | #slp506c04e0587668 | 23,000.00 |
| 2002 Caterpillar D5 G | #5xk32181 | 35,000.00 |
| 2005 John Deere 544J | DW544JZ595777 | 60,000.00 |
| 2005 John Deere 35D M Ex | FF035DX234978 | 17,500.00 |
| 2006 Case 450 Skid Steer | M6M421931 | 20,000.00 |
| Spectra Physics Laser L1165 | #6072 | 1,000.00 |
| 16' Trench Box | | 3,500.00 |
| 12' Stone Mizer | | 3,000.00 |
| | | 196,500.00 |

PART 9

| | | Financing | Market Value | Mortgage Amount |
|---|---|---|---|---|
| **400, 410, 420, 430 Elting, 900, 910, 920, 930 Albert** | 61 2+2 Units,    25 3+3, 3 1Bed, Office | Soy Capital #72805 | unknown | $3,250,570.11 |
| | | Soy Capital #73978 | | $626,058.59 |
| | | | | |
| **324, 330 Wigwam Hallow** | 12 2+2, 12 3+3 | Old Second #62801001066 | unknown | $1,110,418.16 |
| **415 W. Adams** | 11 Unit Townhouse | Commerce   #933-8410-9007 | unknown | $1,328,765.31 |
| **932 N. Charles** | 14 Unit R-4 Lot | Amererican Nat. #39909026 | unknown | $40,881.10 |
| **1505 W. Jackson St.** | 10 Unit Townhouse | | | |
| **1507 W. Jackson St.** | Leasing Office | | | |
| **1509 W. Jackson St.** | 12 Unit Townhouse | | | |
| **1511 W. Jackson St.** | 12 Unit 2+2 | | | |
| **1513 W. Jackson St.** | 12 Unit 2+2 | | | |
| **1515 W. Jackson St.** | 12 Unit 2+2 | | | |
| **1517 W. Jackson St.** | 12 Unit 1 Bedroom | | | |
| **1519 W. Jackson St.** | 12 Unit 1 Bedroom | | | |
| **1521 W. Jackson St.** | 12 Unit 1 Bedroom | | | |
| **1525 W. Jackson St.** | 12 Unit 2+2 | | | |
| **1527 W. Jackson St.** | 12 Unit 2+2 | | | |
| **1529 W. Jackson St.** | 12 Unit 2+2 | | | |
| **1531 W. Jackson St.** | Incomplete 12 Unit 2 Bedroom | | | |
| **1535 W. Jackson St.** | 12 Unit 2+2 | | | |
| **1537 W. Jackson St.** | 12 Unit 2+2 | | | |
| **1539 W. Jackson St.** | 12 Unit 1 Bedroom | | | |
| **1541 W. Jackson St.** | 12 Unit 1 Bedroom | | | |
| **1543 W. Jackson St.** | 12 Unit 3+3 | | | |
| **Land Zoned R-4 for 36 remaining units** | Water, Sanitary Sewer, Storm Sewer | | | |
| **Maintenance Garage** | | | | |
| **Total** | | | unknown | |
| | | Bank | Loan Number | Amount |
| | | Soy Capital Bank | 72802 | 1,996,476.34 |
| | | Soy Capital Bank | 72803 | 2,817,836.72 |
| | | Old Second Bank | 362000123 | 4,157,819.61 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total** | | | | $15,328,825.94 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Aspen Court, L.L.C.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | **17-16064** |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1   Commerce Bank**<br>Creditor's Name<br>**Bloomington Banking Center**<br>**120 N. Center**<br>**Bloomington, IL 61704**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br>**9007** | Describe debtor's property that is subject to a lien<br>**415 Adams.**<br><br><br>Describe the lien<br><br><br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $1,323,055.42 | $0.00 |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2   Heartland Bank**<br>Creditor's Name<br>**401 N. Hershey Rd.**<br>**PO Box 67**<br>**Bloomington, IL**<br>**61702-0067**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br>**9026** | Describe debtor's property that is subject to a lien<br>**932 N. Charles**<br><br><br>Describe the lien<br><br><br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $36,575.48 | $0.00 |

Debtor   **Aspen Court, L.L.C.**
_____
Name

Case number (if know)   **17-16064**

---

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Old Second National Bank** | Describe debtor's property that is subject to a lien | **$4,092,675.46** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**333 W. Wacker Drive, #710**
**Chicago, IL 60606**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Jackson St.**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0123**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Old Second National Bank** | Describe debtor's property that is subject to a lien | **$1,094,651.47** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**333 W. Wacker Drive, #710**
**Chicago, IL 60606**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Wigwam Hallow**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**1066**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **Soy Capital Bank** | Describe debtor's property that is subject to a lien | **$1,996,476.34** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**1501 E. Eldorado Street**
**Decatur, IL 62521**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Jackson St.**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor   **Aspen Court, L.L.C.**
Name
Case number (if know)   **17-16064**

---

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2802**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Soy Capital Bank** | Describe debtor's property that is subject to a lien | $2,817,836.72 | $0.00 |

Creditor's Name

**Jackson St.**

**1501 E. Eldorado Street**
**Decatur, IL 62521**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2803**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.7 | **Soy Capital Bank** | Describe debtor's property that is subject to a lien | $3,250,570.11 | $0.00 |

Creditor's Name

**Elting**

**1501 E. Eldorado Street**
**Decatur, IL 62521**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2805**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.8 | **Soy Capital Bank** | Describe debtor's property that is subject to a lien | $626,058.59 | $0.00 |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | Aspen Court, L.L.C. | Case number (if know) | 17-16064 |
|---|---|---|---|
| | Name | | |

Creditor's Name

**Elting**

**1501 E. Eldorado Street
Decatur, IL 62521**

Creditor's mailing address

**Describe the lien**

_____

**Is the creditor an insider or related party?**

_____                    ■ No

Creditor's email address, if known          ☐ Yes

**Date debt was incurred**                  **Is anyone else liable on this claim?**

                                            ☐ No

**Last 4 digits of account number**         ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**3978**

**Do multiple creditors have an**           **As of the petition filing date, the claim is:**
**interest in the same property?**          Check all that apply

■ No                                        ☐ Contingent

☐ Yes. Specify each creditor,               ☐ Unliquidated
including this creditor and its relative
priority.                                   ☐ Disputed

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.       **$15,237,899.
                                                                                                                        59**

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name __Aspen Court, L.L.C.__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) __17-16064__

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26,444.08 | $26,444.08 |
|---|---|---|---|---|
| | **Angela G. Graves**<br>**McDonough County Collector**<br>**#1 Courthouse Square**<br>**Macomb, IL 61455-2200** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wigwam Hollow Property** | | |
| | Last 4 digits of account number **8900** | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | | | |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.20 | $30.20 |
|---|---|---|---|---|
| | **Angela G. Graves**<br>**McDonough County Collector**<br>**#1 Courthouse Square**<br>**Macomb, IL 61455-2200** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wigwam Hollow Property** | | |
| | Last 4 digits of account number **2015** | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                21307                Best Case Bankruptcy

| Debtor | **Aspen Court, L.L.C.** | | Case number (if known) | **17-16064** |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.36 | $40.36 |
|---|---|---|---|---|

**Angela G. Graves**
**McDonough County Collector**
**#1 Courthouse Square**
**Macomb, IL 61455-2200**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wigwam Hollow Property**

Last 4 digits of account number **6505**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,027.68 | $12,027.68 |
|---|---|---|---|---|

**Angela G. Graves**
**McDonough County Collector**
**#1 Courthouse Square**
**Macomb, IL 61455-2200**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**415 Adams Property**

Last 4 digits of account number **6500**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200,822.98 | $200,822.98 |
|---|---|---|---|---|

**Angela G. Graves**
**McDonough County Collector**
**#1 Courthouse Square**
**Macomb, IL 61455-2200**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Jackson Street - Section 1**

Last 4 digits of account number **9705**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95,904.44 | $95,904.44 |
|---|---|---|---|---|

**Angela G. Graves**
**McDonough County Collector**
**#1 Courthouse Square**
**Macomb, IL 61455-2200**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Elting Street`**

Last 4 digits of account number **0805**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | Aspen Court, L.L.C. | Case number (if known) | 17-16064 |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,918.66 | $3,918.66 |
|---|---|---|---|---|

**Angela G. Graves**
**McDonough County Collector**
**#1 Courthouse Square**
**Macomb, IL 61455-2200**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**935 Charles**

Last 4 digits of account number **5000**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,828.94 | $16,828.94 |
|---|---|---|---|---|

**Angela G. Graves**
**McDonough County Collector**
**#1 Courthouse Square**
**Macomb, IL 61455-2200**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Jackson Street - Section 2**

Last 4 digits of account number **9710**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68,502.58 | $68,502.58 |
|---|---|---|---|---|

**Angela G. Graves**
**McDonough County Collector**
**#1 Courthouse Square**
**Macomb, IL 61455-2200**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Jackson Street - Section 3**

Last 4 digits of account number **9715**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $320.00 |
|---|---|---|---|

**Aaliyah Thompson**
**1735 Chestnut Street**
**Apt 3C**
**Waukegan, IL 60085**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Pending Tenant/Security Deposit_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Aaron Garcia**
**6137 S. Parkside**
**Chicago, IL 60638**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Pending Tenants-Security Deposit_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Aspen Court, L.L.C.**
_____    Case number (if known)    __17-16064__
    Name

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,620.00 |
|---|---|---|---|

**Aaron Jones**
1511 W. Jackson Street
Apartment 1
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Aaron Murray**
756 25th Ave Ct.
Moline, IL 61265

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Pending Tenants-Security Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
|---|---|---|---|

**Aaron Troyer**
1509 W. Jackson Street
Apartment 4
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,840.00 |
|---|---|---|---|

**Aaron Wurtzel**
1521 W. Jackson Street
Apartment 12
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.00 |
|---|---|---|---|

**Abbey Schaeffer**
3294 N. Fisk RD
Astoria, IL 61501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Pending Tenants-Security Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,213.33 |
|---|---|---|---|

**Abbi Clevenger**
1511 W. Jackson Street
Apartment 2
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,640.00 |
|---|---|---|---|

**Abby Beck**
324 Wigwam Hallow Road
Apartment 6
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Aspen Court, L.L.C. | Case number (if known) | 17-16064 |
|---|---|---|---|
| | Name | | |

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$400.00**

Abby Newman
10741 Arenz Lane
Beardstown, IL 62618

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Pending Tenants-Security Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$365.00**

Abel Huerta
2819 W. 63rd Street
Chicago, IL 60629

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Pending Tenants-Security Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,800.00**

Abigail Broze
1539 W. Jackson Street
Apartment 7
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$357.50**

Abigail Thompson
711 Praire Street
Augusta, IL 62311

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Pending Tenants-Security Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$500.00**

Adam Bloniarz
9296 N Callero Dr
Niles, IL 60714

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Pending Tenants-Security Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,400.00**

Adam Heffelfinger
932 N. Charles Street
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,620.00**

Adam Kerns
1525 W. Jackson Street
Apartment 1
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Aspen Court, L.L.C.** | Case number (if known) | **17-16064** |
|---|---|---|---|
| | Name | | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**Adam McGinnis**
1543 W. Jackson Street
Apartment 6
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
|---|---|---|---|

**Adams Staggs**
1509 W. Jackson Street
Apartment 12
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
|---|---|---|---|

**Adrian Kosicki**
415 W. Adamst Street
Apartment 1

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.00 |
|---|---|---|---|

**Adriana Perez**
3145 W. 42nd Place
Chicago, IL 60632

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Pending Tenant/Security Deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $774.00 |
|---|---|---|---|

**Ahmad Alrshidi**

**Saudi Arabia**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,840.00 |
|---|---|---|---|

**Alan Speer**
1541 W. Jackson Street
Apartment 9
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,620.00 |
|---|---|---|---|

**Aleetha Mulch**
324 Wigwam Hallow Road
Apartment 1
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Aspen Court, L.L.C. | Case number (if known) | 17-16064 |
|---|---|---|---|
| | Name | | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,800.00 |
|---|---|---|---|

**Aleion Simpsom**
1521 W. Jackson Street
Apartment 6
Macomb, IL 61455

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,600.00 |
|---|---|---|---|

**Alejandra Guijarro**
415 W. Adams Street
Apartment 9
Macomb, IL 61455

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,840.00 |
|---|---|---|---|

**Alenande Carlile**
1519 W. Jackson Street
Apartment 12
Macomb, IL 61455

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,600.00 |
|---|---|---|---|

**Alexander Castrejon**
415 W. Adams Street
Apartment 11
Macomb, IL 61455

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $370.00 |
|---|---|---|---|

**Alexander Gockenbach**
731 Regent Dr
Crystal Lake, IL 60014

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Pending Tenants-Security Deposit**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,600.00 |
|---|---|---|---|

**Alexander Tangen**
1509 W. Jackson Street
Apartment 6
Macomb, IL 61455

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,480.00 |
|---|---|---|---|

**Alexandre St. John**
430 W. Elting Street
Apartment 2
Macomb, IL 61455

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | Aspen Court, L.L.C. | | Case number (if known) | 17-16064 |
|---|---|---|---|---|
| | Name | | | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,840.00 |
|---|---|---|---|

**Alexandru Enache**
400 W. Elting Street
Apartment 11
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alexandru Enache**
4613 Amanda Lane
Sheboygan, WI 53031

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $325.00 |
|---|---|---|---|

**Alexis Beard**
2329 E. 103rd Street
Chicago, IL 60617

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Pending Tenant/Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $365.00 |
|---|---|---|---|

**Alexis Kreiling**
427 E. Main St
Easton, IL 62633

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Pending Tenants-Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $415.00 |
|---|---|---|---|

**Alexis Robledo**
605 Pauline Ave
Buffalo Grove, IL 60089

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Pending Tenants-Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,640.00 |
|---|---|---|---|

**Alexis Tompkins**
324 Wigwam Hallow Road
Apartment 5
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**Alexis Zivo**
324 Wigwam Hallow Road
Apartment 5
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Aspen Court, L.L.C. | Case number (if known) | 17-16064 |
|---|---|---|---|
| | Name | | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
|---|---|---|---|

**Alissa Edwards**
415 W. Adams Street
Apartment 9
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
|---|---|---|---|

**Alivia Zarnick**
415 W. Adams Street
Apartment 5
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $405.00 |
|---|---|---|---|

**Allyson Sloup**
2033 S Arrowood Court
Quincy, IL 62305

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Pending Tenants-Security Deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,520.00 |
|---|---|---|---|

**Alyssa Burno**
420 W. Elting Street
Apartment 10
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,620.00 |
|---|---|---|---|

**Alyssa Owens**
1525 W. Jackson Street
Apartment 3
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,800.00 |
|---|---|---|---|

**Alyssa Rose**
1517 W. Jackson Street
Apartment 8
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.00 |
|---|---|---|---|

**Amanda Bappert**
216 Pheasant Meadow Ct.
Gurnee, IL 60031

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Pending Tenant/Security Deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Aspen Court, L.L.C. | | Case number (if known) | 17-16064 |
|---|---|---|---|---|
| | Name | | | |

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,480.00 |
|---|---|---|---|

Amanda Harvard
420 W. Elting Street
Apartment 4
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
|---|---|---|---|

Amanda Jenisch
415 W. Adams Street
Apartment 2
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,520.00 |
|---|---|---|---|

Amber Hoener
324 Wigwam Hallow Road
Apartment 11
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,641.79 |
|---|---|---|---|

Ameren Illinois
300 Liberty Street
Chicago, IL 60680-1034

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $370.00 |
|---|---|---|---|

Amy Lejsner
924 Abbington Dr
Crystal Lake, IL 60014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Pending Tenants-Security Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

Anatolii Dragovich
115 W. Goebel Dr
Combard, IL 60148

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Pending Tenants-Security Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,640.00 |
|---|---|---|---|

Anayeli Mendez
1527 W. Jackson Street
Apartment 7
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Aspen Court, L.L.C. | Case number (if known)   17-16064 |
|---|---|---|
| | Name | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,640.00 |
|---|---|---|---|

**Andie Villez**
900 N. Albert Street
Apartment 5
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,480.00 |
|---|---|---|---|

**Andrew Chrichton**
430 W. Elting
Apartment 4
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
|---|---|---|---|

**Andy Heimendinger**
415 W. Adams Street
Apartment 8
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $380.00 |
|---|---|---|---|

**Angelica Strack**
825 Township Road 1700 East
Stronghurst, IL 61480

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Pending Tenants-Security Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,640.00 |
|---|---|---|---|

**Anitria Wilson**
900 N. Albert Street
Apartment 7
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,520.00 |
|---|---|---|---|

**Anna Diekemper**
1543 W. Jackson Street
Apartment 10
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $480.00 |
|---|---|---|---|

**Anna Redmaster**
314 Old Mill Trace
Crawfordville, IN 47933

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Pending Tenants-Security Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Aspen Court, L.L.C. | Case number (if known)    17-16064 |
|---|---|---|
| | Name | |

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,520.00**

Anna Shupe
324 Wigwam Hallow Road
Apartment 11
Macomb, IL 61455

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,520.00**

Anne witt
420 W. Elting Street
Apartment 11
Macomb, IL 61455

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,840.00**

Anthony Epley
1511 W. Jackson Street
Apartment 9
Macomb, IL 61455

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00**

Anthony Laster
650 Roger St
Rockford, IL 61109

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Pending Tenants-Security Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$380.00**

Anthony Menzel
210 6th Street
Compton, IL 61318

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Pending Tenants-Security Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00**

Anthony Townsend
415 W. Adams Street
Apartment 7
Macomb, IL 61455

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$399.00**

apartments.com
2563 Collection Center Drive
Chicago, IL 60693

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Aspen Court, L.L.C. | Case number (if known) | 17-16064 |
| --- | --- | --- | --- |
| | Name | | |

---

**3.66**

Nonpriority creditor's name and mailing address
**April Leinberger**
**220 W. Sangamon**
**Chandlerville, IL**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pending Tenants-Security Deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$281.25**

---

**3.67**

Nonpriority creditor's name and mailing address
**Arden Caffrey**
**1515 W. Jackson Street**
**Apartment 1**
**Macomb, IL 61455**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Tenant - Deposit/Prepaid Rent__

Is the claim subject to offset? ■ No ☐ Yes

**$1,620.00**

---

**3.68**

Nonpriority creditor's name and mailing address
**Areli Patino**
**1511 W. Jackson Street**
**Apartment 2**
**Macomb, IL 61455**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Tenant - Deposit/Prepaid Rent__

Is the claim subject to offset? ■ No ☐ Yes

**$1,213.33**

---

**3.69**

Nonpriority creditor's name and mailing address
**Ariana Cortez Montano**
**425 S. Lincoln Avenue**
**Waukegan, IL 60085**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pending Tenant/Security Deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$350.00**

---

**3.70**

Nonpriority creditor's name and mailing address
**Ariyanna Akande**
**1519 W. Jackson Street**
**Apartment 8**
**Macomb, IL 61455**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Tenant - Deposit/Prepaid Rent__

Is the claim subject to offset? ■ No ☐ Yes

**$2,800.00**

---

**3.71**

Nonpriority creditor's name and mailing address
**Armand Miller**
**915 West 86th Street**
**Chicago, IL 60620**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pending Tenants-Security Deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$276.66**

---

**3.72**

Nonpriority creditor's name and mailing address
**Armel Kouassi**
**430 W. Elting Street**
**Apartment 1**
**Macomb, IL 61455**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Tenant - Deposit/Prepaid Rent__

Is the claim subject to offset? ■ No ☐ Yes

**$1,480.00**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | Aspen Court, L.L.C. | | Case number (if known) | 17-16064 |
|---|---|---|---|---|
| | Name | | | |

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,660.00 |
|---|---|---|---|

**Armiyah Leatherwood**
410 W. Elting Street
Apartment 2
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $357.69 |
|---|---|---|---|

**Arnold Brothers**
1729 West Jackson Street
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,660.00 |
|---|---|---|---|

**Aron Massey**
1515 W. Jackson Street
Apartment 11
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,480.00 |
|---|---|---|---|

**Artinese Myrick**
430 W. Elting Street
Apartment 2
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,520.00 |
|---|---|---|---|

**Ashley Burrows**
430 W. Elting Street
Apartment 11
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,226.66 |
|---|---|---|---|

**Ashley Hall**
900 N. Albert Street
Apartment 8
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $370.00 |
|---|---|---|---|

**Ashley Lehman**
164 Wilke Road
Marissa, IL 62257

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Pending Tenants-Security Deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Aspen Court, L.L.C. | Case number (if known)   17-16064 |
|---|---|---|
| | Name | |

---

**3.80** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Ashley Strauch
1415 Hickory Point Rd.
Metamora, IL 61548

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: Pending Tenant/Security Deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.81** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,660.00**

Astoncia Bhagat
1535 W. Jackson Street
Apartment 9
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: Tenant - Deposit/Prepaid Rent

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.82** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,840.00**

Audrey Aeilts
1517 W. Jackson Street
Apartment 11
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: Tenant - Deposit/Prepaid Rent

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00**

Audrey Tonkinson
324 Wigwam Hallow Road
Apartment 5
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: Tenant - Deposit/Prepaid Rent

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$415.00**

Aurora Gomez
6639 S. Campbell Ave
Chicago, IL 60629

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: Pending Tenants-Security Deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00**

Austin Teel
1509 W. Jackson Street
Apartment 1
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: Tenant - Deposit/Prepaid Rent

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,660.00**

Austin Wiggerman
400 W. Elting Street
Apartment 10
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: Tenant - Deposit/Prepaid Rent

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | Aspen Court, L.L.C. | Case number (if known) | 17-16064 |
|---|---|---|---|
| | Name | | |

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,480.00**

Ayodele Makinde
430 W. Elting Street
Apartment 1
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$540.00**

Bailey Boyer
1919 East County Rd 1670
Carthage, IL 62321

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Pending Tenants-Security Deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,780.00**

Bailey Schnettgoecke
1519 W. Jackson Street
Apartment 1
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$695.00**

Baily Schnettgoecke
RR 3 Box 226
Carrollton, IL 62016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Pending Tenants-Security Deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00**

Beau Freebeck
415 W. Adams Street
Apartment 3
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00**

Benjamin Lauer
1509 W. Jackson Street
Apartment 12
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00**

Bianca Ramos
837 Theresa Lane
Chicago Heights, IL 60411

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Pending Tenants-Security Deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Aspen Court, L.L.C.** | | Case number *(if known)* | **17-16064** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,520.00 |
|---|---|---|---|

**Bianca Thomas**
430 W. Elting Street
Apartment 11
Macomb, IL 61455

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |
|---|---|---|---|

**Blake Miller**
430 W. Elting Street
Apartment 8
Macomb, IL 61455

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,640.00 |
|---|---|---|---|

**Blake Schwarz**
930 N. Albert Street
Apartment 6
Macomb, IL 61455

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Bolawa Gbadebo**
1990 Brighton Lane
Hoffman Estates, IL 60169

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pending Tenant/Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,600.00 |
|---|---|---|---|

**Brad Walls**
415 W. Adams Street
Apartment 4
Macomb, IL 61455

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,600.00 |
|---|---|---|---|

**Braden Glennon**
415 W. Adams Street
Apartment 5
Macomb, IL 61455

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,600.00 |
|---|---|---|---|

**Bradley Murray**
415 W. Adams Street
Apartment 7
Macomb, IL 61455

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | Aspen Court, L.L.C. | Case number (if known) | 17-16064 |
| --- | --- | --- | --- |
| | Name | | |

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
| --- | --- | --- | --- |

**Brady Long**
1505 W. Jackson Street
Apartment 4
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No  ☐ Yes

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
| --- | --- | --- | --- |

**Brady Pickett**
415 W. Adams Street
Apartment 6
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No  ☐ Yes

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,480.00 |
| --- | --- | --- | --- |

**Brandon Ahlstrom**
1543 W. Jackson Street
Apartment 2
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No  ☐ Yes

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
| --- | --- | --- | --- |

**Brandon Pharr**
1509 W. Jackson Street
Apartment 4
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No  ☐ Yes

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $533.33 |
| --- | --- | --- | --- |

**Braxton Boyer**
1919 E. Co. Rd 1670
Carthage, IL 62321

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pending Tenants-Security Deposit

Is the claim subject to offset? ■ No  ☐ Yes

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
| --- | --- | --- | --- |

**Braxton Phelps**
1505 W. Jackson Street
Apartment 4
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No  ☐ Yes

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,660.00 |
| --- | --- | --- | --- |

**Brian Orzech**
920 N. Albert Street
Apartment 9
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Aspen Court, L.L.C. | | Case number (if known) | 17-16064 |
|---|---|---|---|---|
| | Name | | | |

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,520.00 |
|---|---|---|---|

**Briana Michaels**
420 W. Elting Street
Apartment 11
Macomb, IL 61455

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |
|---|---|---|---|

**Briani Shorter**
420 W. Elting Street
Apartment 7
Macomb, IL 61455

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,250.00 |
|---|---|---|---|

**Brianna Bealer**
430 W. Elting Street
Apartment 5
Macomb, IL 61455

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,640.00 |
|---|---|---|---|

**Britain Hamm**
1511 W. Jackson Street
Apartment 8
Macomb, IL 61455

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,520.00 |
|---|---|---|---|

**Brittany McDaniel**
420 W. Elting Street
Apartment 10
Macomb, IL 61455

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $357.50 |
|---|---|---|---|

**Brittany Twidwell**
307 W. Summer Street
Plymouth, IL 62367

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pending Tenants-Security Deposit

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Brodie Eddington**
2970 E Highway 101
Augusta, IL 62311

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pending Tenant/Security Deposit

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Aspen Court, L.L.C. | Case number (if known) | 17-16064 |
|--------|---------------------|------------------------|----------|
| | Name | | |

---

**3.115** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,660.00**

Brooke Smith
1537 W. Jackson Street
Apartment 11
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$357.50**

Bryce Miller
1203 1st Ave. NE
Waverly, IA 50677

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Pending Tenants-Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,620.00**

Caleb Hall
1525 W. Jackson Street
Apartment 1
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.118** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Caleb Quinn
811 E laffayette St
Rushville, IL 62681

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,480.00**

Cameron Kintzier
430 W. Elting Street
Apartment 4
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00**

Cameron Wernentin
1509 W. Jackson Street
Apartment 12
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00**

Campbell Atkins
415 W. Adams Street
Apartment 6
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Aspen Court, L.L.C. | | Case number (if known) 17-16064 |
|---|---|---|---|
| | Name | | |

**3.122** Nonpriority creditor's name and mailing address

Carl Weydeman
9620 S Kilbourn Ave
Oak Lawn, IL 60453

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Pending Tenants-Security Deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$400.00**

---

**3.123** Nonpriority creditor's name and mailing address

Carson Cheesman
1543 W. Jackson Street
Apartment 6
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Tenant - Deposit/Prepaid Rent__

Is the claim subject to offset? ■ No ☐ Yes

**$1,500.00**

---

**3.124** Nonpriority creditor's name and mailing address

Carson Cuevas
2721 N Renwood Ave.

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Pending Tenants-Security Deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$310.00**

---

**3.125** Nonpriority creditor's name and mailing address

Casey Verway
206 E. Oak St
Kewanee, IL 61443

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Pending Tenants-Security Deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$330.00**

---

**3.126** Nonpriority creditor's name and mailing address

Casey's General Store
PO Box 878439
Kansas City, MO 64187-8439

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$300.98**

---

**3.127** Nonpriority creditor's name and mailing address

Cassandra Kerlin
1244 N Rohlwing Road
Palatine, IL 60074

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Pending Tenants-Security Deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$415.00**

---

**3.128** Nonpriority creditor's name and mailing address

Cassidy Bagwell
17869 E U.S. Hwy 136
Havana, IL 62644

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Pending Tenants-Security Deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$405.00**

---

| Debtor | Aspen Court, L.L.C. | Case number (if known) | 17-16064 |
|---|---|---|---|
| | Name | | |

---

**3.129** | Nonpriority creditor's name and mailing address

Cassidy Mootrey
415 W. Adams Street
Apartment 3
Macomb, IL 61455

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

$1,600.00

---

**3.130** | Nonpriority creditor's name and mailing address

Cassidy Tarter
25240 N Rawalts Rd
Canton, IL 61520

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pending Tenants-Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

$540.00

---

**3.131** | Nonpriority creditor's name and mailing address

Caylee Swearingen
2550 Wapello Keokuk Road
Hedrick, IA 52563

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pending Tenants-Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

$357.50

---

**3.132** | Nonpriority creditor's name and mailing address

Chana Beirmann
324 Wigwam Hallow Road
Apartment 3
Macomb, IL 61455

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

$1,620.00

---

**3.133** | Nonpriority creditor's name and mailing address

Chandler Pillsbury
1818 Old Oaks ct
Rockford, IL 61408

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pending Tenants-Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

$405.00

---

**3.134** | Nonpriority creditor's name and mailing address

Charles Herridge
1543 W. Jackson Street
Apartment 12
Macomb, IL 61455

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

$1,520.00

---

**3.135** | Nonpriority creditor's name and mailing address

Charles Morrow
1511 W. Jackson Street
Apartment 7
Macomb, IL 61455

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

$2,800.00

---

Debtor   **Aspen Court, L.L.C.**                                      Case number (if known)   **17-16064**
Name

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,660.00 |

**Charlia Davis**
920 N. Albert Street
Apartment 11
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |

**Charlis Wilson**
106 N. Woodlawn Street
Wheaton, IL 60187

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Pending Tenants-Security Deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $357.50 |

**Chase Fisher**
1004 Marvit Ave
Dixon, IL 61021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Pending Tenants-Security Deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,520.00 |

**Chase Servison**
420 W. Adams Street
Apartment 12
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |

**Chassidy Turner**
420 W. Elting Street
Apartment 6
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,226.66 |

**Chazz Jackson**
900 N. Albert Street
Apartment 8
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $310.00 |

**Chelisea Payne**
1935 E. 173rd Place
South Holland, IL 60473

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Pending Tenant/Security Deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Aspen Court, L.L.C. | Case number (if known) | 17-16064 |
|---|---|---|---|
| | Name | | |

---

**3.143** | Nonpriority creditor's name and mailing address | | $500.00

Chelsea Center
106 Cohchester Drive
Normal, IL 61761

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pending Tenant/Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144** | Nonpriority creditor's name and mailing address | | $540.00

Chelsea McCoy
4317 O'Sullivan Dr.
Joliet, IL 60431

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pending Tenant/Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.145** | Nonpriority creditor's name and mailing address | | $1,480.00

Chelsea Payne
420 W. Elting Street
Apartment 3
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.146** | Nonpriority creditor's name and mailing address | | $520.00

Chelsie Gibson
969 Carriage Way #22
Elgin, IL 60120

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pending Tenant/Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147** | Nonpriority creditor's name and mailing address | | $1,640.00

Chenjing Jia
1515 W. Jackson Street
Apartment 5
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148** | Nonpriority creditor's name and mailing address | | $2,840.00

Chris Jackson
1519 W. Jackson Street
Apartment 9
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.149** | Nonpriority creditor's name and mailing address | | $800.00

Christian  Gale
1221 Crabtree Lane
Schaumburg, IL 60193

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pending Tenants-Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Aspen Court, L.L.C. | Case number (if known) | 17-16064 |
|---|---|---|---|
| | Name | | |

---

**3.150** | Nonpriority creditor's name and mailing address | | $2,780.00

Christian Bridgewater
1521 W. Jackson Street
Apartment 4
Macomb, IL 61455

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.151** | Nonpriority creditor's name and mailing address | | $1,600.00

Christian Kennedy
1509 W. Jackson Street
Apartment 1
Macomb, IL 61455

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.152** | Nonpriority creditor's name and mailing address | | $1,620.00

Christopher Boeh
1517 W. Jackson Street
Apartment 10
Macomb, IL 61455

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.153** | Nonpriority creditor's name and mailing address | | $1,660.00

Christopher Jimenez
1529 W. Jackson Street
Apartment 10
Macomb, IL 61455

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.154** | Nonpriority creditor's name and mailing address | | $310.00

Christopher Stephens
1209 Hampton Rd
Washington, IL 61571

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pending Tenants-Security Deposit

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.155** | Nonpriority creditor's name and mailing address | | $814.73

City of Macomb - Water Dept.
Po Box 377
Macomb, IL 61455

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.156** | Nonpriority creditor's name and mailing address | | $775.00

City of Macomb Water Department
PO Box 377
Macomb, IL 61455

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Aspen Court, L.L.C.**
Name

Case number (if known)   **17-16064**

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**Claire Benton**
430 W. Elting Street
Apartment 7
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,640.00 |
|---|---|---|---|

**Claire Borsinger**
910 N. Albert Street
Apartment 6
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,620.00 |
|---|---|---|---|

**Claire Jaffe-Notier**
910 N. Albert Street
Apartment 2
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Clarissa Mitro**
218 E Peru
Princeton, IL 61356

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Pending Tenants-Security Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,660.00 |
|---|---|---|---|

**Clark Scott**
1529 W. Jackson Street
Apartment 11
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $540.00 |
|---|---|---|---|

**Clay Burkholder**
3927 Sequoia Dr
Edwardsville, IL 62025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Pending Tenants-Security Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,840.00 |
|---|---|---|---|

**Codi Baner**
1517 W. Jackson Street
Apartment 9
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Aspen Court, L.L.C.** | | Case number (if known) | 17-16064 |
|---|---|---|---|---|
| | Name | | | |

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $410.00 |
|---|---|---|---|

**Cody Chandler**
311 W. Lafayette
St. Avon, IL 61415

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Pending Tenants-Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $415.00 |
|---|---|---|---|

**Cody Smith**
27328 E Breeds Rd
Canton, IL 61520

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Pending Tenants-Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,620.00 |
|---|---|---|---|

**Cody Wilkens**
1513 W. Jackson Street
Apartment 1
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Colan Borchers**
104 10th Street SW
Le Mars, IA 51031

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Pending Tenant/Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $350.00 |
|---|---|---|---|

**Cole Harris**
1709 89th Ave. West
Rock Island, IL 61201

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Pending Tenants-Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,520.00 |
|---|---|---|---|

**Coleman Briggs**
420 W. Elting Street
Apartment 12
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $410.00 |
|---|---|---|---|

**Colton Allen**
36609 270th ave
Pittsfield, IL 62363

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Pending Tenants-Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Aspen Court, L.L.C.**
Name

Case number (if known)    **17-16064**

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $520.00 |

**Colton Kurtz**
3128 Whitehaven Circle
Galesburg, IL 61401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: <u>Pending Tenants-Security Deposit</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,620.00 |

**Colton Tracey**
900 N. Albert Street
Apartment 1
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: <u>Tenant - Deposit/Prepaid Rent</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $583.18 |

**Comcast**
3517 N. Dries Lane
Peoria, IL 61604

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42.80 |

**Commercial Rental**
9965 U.S. Highway 136
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $239.04 |

**Computer Masters**
PO Bocx 525
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,094.67 |

**Connor Co.**
433 North Campbell
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,640.00 |

**Corey Baker**
1513 W. Jackson Street
Apartment 5
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: <u>Tenant - Deposit/Prepaid Rent</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | Aspen Court, L.L.C. | | Case number (if known)   17-16064 |
|---|---|---|---|
| | Name | | |

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,660.00 |
|---|---|---|---|

Corey Williams
910 N. Albert Street
Apartment 12
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $415.00 |
|---|---|---|---|

Cortney Klingele
2438 Highway 104
Liberty, IL 62347

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Pending Tenants-Security Deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $281.25 |
|---|---|---|---|

Courntey Bedtka
805 W. Franklin St
Ashland, IL 62612

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Pending Tenants-Security Deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $325.00 |
|---|---|---|---|

Courtney Donovan
2105 Baird Avenue
Galesburg, IL 61401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Pending Tenant/Security Deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,840.00 |
|---|---|---|---|

Courtney Jones
1541 W. Jackson Street
Apartment 12
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
|---|---|---|---|

Craig Kennerson Jr.
1509 W. Jackson Street
Apartment 9
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

Cristina White
430 W. Elting Street
Apartment 7
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Aspen Court, L.L.C. | | Case number (if known) | 17-16064 |
|---|---|---|---|---|
| | Name | | | |

---

**3.185** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$357.50**

**Dajuan Moore**
53195 Union
Chicago, IL 60609

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: <u>Pending Tenant/Security Deposit</u>

Is the claim subject to offset? ■ No ☐ Yes

---

**3.186** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,620.00**

**Dalton Anderson**
1537 W. Jackson Street
Apartment 4
Macomb, IL 61455

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: <u>Tenant - Deposit/Prepaid Rent</u>

Is the claim subject to offset? ■ No ☐ Yes

---

**3.187** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00**

**Dalton Heubner**
1505 W. Jackson Street
Macomb, IL 61455

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: <u>Tenant - Deposit/Prepaid Rent</u>

Is the claim subject to offset? ■ No ☐ Yes

---

**3.188** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,640.00**

**Dana Evans Jr.**
1515 W. Jackson Street
Apartment 8
Macomb, IL 61455

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: <u>Tenant - Deposit/Prepaid Rent</u>

Is the claim subject to offset? ■ No ☐ Yes

---

**3.189** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$357.50**

**Daniel Clapp**
286 Exeter Lane
Sugar Grove, IL 60554

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: <u>Pending Tenants-Security Deposit</u>

Is the claim subject to offset? ■ No ☐ Yes

---

**3.190** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00**

**Daniel Frey**
415 W. Adams Street
Apartment 8
Macomb, IL 61455

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: <u>Tenant - Deposit/Prepaid Rent</u>

Is the claim subject to offset? ■ No ☐ Yes

---

**3.191** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,660.00**

**Daniel Keegan**
900 N. Albert Street
Apartment 9
Macomb, IL 61455

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: <u>Tenant - Deposit/Prepaid Rent</u>

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Aspen Court, L.L.C.**
Name

Case number (if known)   **17-16064**

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,660.00 |
|---|---|---|---|

**Daniel Kunnasseril**
910 N. Albert Street
Apartment 12
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $357.50 |
|---|---|---|---|

**Daniel Oni**
6002 Gross Creek Harbor Lane
Fulshear, TX 77441

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Pending Tenants-Security Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**Daniel Ramiro**
1543 W. Jackson Street
Apartment 7
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
|---|---|---|---|

**Daniel Randich**
415 W. Adams Street
Apartment 11
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,660.00 |
|---|---|---|---|

**Daniel Sullivan**
920 N. Albert Street
Apartment 9
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,840.00 |
|---|---|---|---|

**Daniel White**
1541 W. Jackson Street
Apartment 11
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,620.00 |
|---|---|---|---|

**Danielle Thompson**
930 N. Albert Street
Apartment 3
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Aspen Court, L.L.C. | Case number (if known) | 17-16064 |
| | Name | | |

---

**3.199** Nonpriority creditor's name and mailing address

Danile smith
621 Columbia Drive
New Lexon, IL 60451

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pending Tenants-Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

**$400.00**

---

**3.200** Nonpriority creditor's name and mailing address

Danya Britt-Williams
1521 W. Jackson Street
Apartment 5
Macomb, IL 61455

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

**$2,800.00**

---

**3.201** Nonpriority creditor's name and mailing address

Darius Thomas
1511 W. Jackson Street
Apartment 6
Macomb, IL 61455

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

**$1,822.24**

---

**3.202** Nonpriority creditor's name and mailing address

Darnell Burton
1509 W. Jackson Street
Apartment 2
Macomb, IL 61455

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

**$2,400.00**

---

**3.203** Nonpriority creditor's name and mailing address

Davan Jones
4403 Margaret Ridge Drive
Florissant, MO 63034

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pending Tenants-Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

**$370.00**

---

**3.204** Nonpriority creditor's name and mailing address

Davia Davis
2384 Patron Lane
Montgomery, IL 60538

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pending Tenants-Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

**$350.00**

---

**3.205** Nonpriority creditor's name and mailing address

David Akers
415 W. Adams Street
Apartment 3
Macomb, IL 61455

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

**$1,600.00**

---

Debtor   **Aspen Court, L.L.C.**
_____
Name

Case number (if known)   **17-16064**

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $710.00 |
|---|---|---|---|

**David Ashby**
13382 SR 97
Havana, IL 62644

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pending Tenants-Security Deposit

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**David Gaines**
951 Skinker Parkway
St Louis, MO 63112

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pending Tenants-Security Deposit

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**David Geers**
430 W. Elting Street
Apartment 8
Macomb, IL 61455

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
|---|---|---|---|

**David Mui**
415 W. Adams Street
Apartment 10
Macomb, IL 61455

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,420.00 |
|---|---|---|---|

**David Saad**
1529 W. Jackson Street
Apartment 9
Macomb, IL 61455

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $415.00 |
|---|---|---|---|

**Deon Duff**
305 S. Lodge Lane
Lombard, IL 60148

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pending Tenants-Security Deposit

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**Destiny Green**
410 W. Elting Street
Apartment 3
Macomb, IL 61455

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Aspen Court, L.L.C.** | Case number (if known) | **17-16064** |
|---|---|---|---|
| | Name | | |

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Destiny Green**
4131 W. Crustland
Peoria, IL 61615

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Pending Tenant/Security Deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,480.00 |
|---|---|---|---|

**Devan Jones**
430 W. Elting Street
Apartment 2
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Tenant - Deposit/Prepaid Rent

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Devin Johnson**
203 Reeveston Dr
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Pending Tenants-Security Deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,600.00 |
|---|---|---|---|

**Devin Kolodziej**
415 W. Adams Street
Apartment 8
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Tenant - Deposit/Prepaid Rent

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $357.50 |
|---|---|---|---|

**Devon Fisher**
1400 State Route 665
London, OH 43140

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Pending Tenant/Security Deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,600.00 |
|---|---|---|---|

**Devon Moore**
415 W. Adams Street
Apartment 4
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Tenant - Deposit/Prepaid Rent

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|---|---|---|---|

**Devon Sanders**
410 W. Elting Street
Apartment 5
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Tenant - Deposit/Prepaid Rent

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page  34 of 106

| Debtor | Aspen Court, L.L.C. | Case number (if known)    17-16064 |
|--------|---------------------|-----------------------------------|
|        | Name |  |

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $285.00 |
|-------|--------------------------------------------------|---------------------|---------|

**3.220** Nonpriority creditor's name and mailing address
Diana Defelice-Pirro
536 Carola St
Creve Coeur, IL 61610

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pending Tenants-Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

$285.00

---

**3.221** Nonpriority creditor's name and mailing address
Dillon Duncan
916 Hwy A1
Medon, IL 62351

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pending Tenants-Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

$533.33

---

**3.222** Nonpriority creditor's name and mailing address
Dillon Martenson
420 W. Elting Street
Apartment 9
Macomb, IL 61455

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

$1,520.00

---

**3.223** Nonpriority creditor's name and mailing address
Dominic DeAngelis
21801 Helen Drive
Plainfield, IL 60544

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pending Tenants-Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

$357.50

---

**3.224** Nonpriority creditor's name and mailing address
Dominic Vitale
415 W. Adams Street
Apartment 10
Macomb, IL 61455

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

$1,600.00

---

**3.225** Nonpriority creditor's name and mailing address
Dominique Butler
420 W. Elting Street
Apartment 4
Macomb, IL 61455

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

$1,480.00

---

**3.226** Nonpriority creditor's name and mailing address
Donald Losso
415 W. Adams Street
Apartment 5
Macomb, IL 61455

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

$1,600.00

---

| Debtor | Aspen Court, L.L.C. | Case number (if known) | 17-16064 |
|---|---|---|---|
| | Name | | |

---

**3.227** | Nonpriority creditor's name and mailing address

Dongmao Li
1515 W. Jackson Street
Apartment 10
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

**$3,320.00**

---

**3.228** | Nonpriority creditor's name and mailing address

Dru Hepburn
1529 W. Jackson Street
Apartment 4
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

**$1,620.00**

---

**3.229** | Nonpriority creditor's name and mailing address

Drucilla Brooks
420 W. Elting Street
Apartment 3
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

**$1,480.00**

---

**3.230** | Nonpriority creditor's name and mailing address

Drucilla Brooks
953 E. 173rd Street
South Holland, IL 60473

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pending Tenant/Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

**$310.00**

---

**3.231** | Nonpriority creditor's name and mailing address

Dwayne Marshall
900 N. Albert Street
Apartment 4
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

**$1,620.00**

---

**3.232** | Nonpriority creditor's name and mailing address

Dwayne Murphy Jr
415 W. Elting Street
Apartment 1
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

**$1,480.00**

---

**3.233** | Nonpriority creditor's name and mailing address

Eli Simmons
1513 W. Jackson Street
Apartment 4
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

**$1,620.00**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Aspen Court, L.L.C. | Case number (if known) | 17-16064 |
|---|---|---|---|
| | Name | | |

---

**3.234**

Nonpriority creditor's name and mailing address

**Elizabeth Velazquez**
**10436 S. Ave E**
**Chicago, IL 60617**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pending Tenants-Security Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$350.00**

---

**3.235**

Nonpriority creditor's name and mailing address

**Elliot Allen-Williams**
**485 S. Float Avenue**
**Freeport, IL 61032**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pending Tenant/Security Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$325.00**

---

**3.236**

Nonpriority creditor's name and mailing address

**Emiliano Casanueva**
**1527 W. Jackson Street**
**Apartment 1**
**Macomb, IL 61455**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ☑ No ☐ Yes

**$3,240.00**

---

**3.237**

Nonpriority creditor's name and mailing address

**Emily Grooms**
**705 E. 19th Ave.**
**Coal Valley, IL 61240**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pending Tenant/Security Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$540.00**

---

**3.238**

Nonpriority creditor's name and mailing address

**Emily Jensen**
**1521 W. Jackson Street**
**Apartment 10**
**Macomb, IL 61455**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,840.00**

---

**3.239**

Nonpriority creditor's name and mailing address

**Emily Schmidt**
**586 Coolidge Ave**
**Glen Ellyn, IL 60137**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pending Tenants-Security Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$375.00**

---

**3.240**

Nonpriority creditor's name and mailing address

**Emily Sica**
**231 Prospect ave**
**Durmont, NJ 07628**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pending Tenants-Security Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$375.00**

---

| Debtor | Aspen Court, L.L.C. | Case number (if known) | 17-16064 |
|---|---|---|---|
| | Name | | |

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.00 |
|---|---|---|---|

Enrique Boche
2853 N. Central Park Ave
Chicago, IL 60618

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Pending Tenants-Security Deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,660.00 |
|---|---|---|---|

Eric Dailly
920 N. Albert Street
Apartment 12
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,660.00 |
|---|---|---|---|

Eric Follman
1535 W. Jackson Street
Apartment 12
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,786.64 |
|---|---|---|---|

Eric Gurzell
1539 W. Jackson Street
Apartment 11
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $405.00 |
|---|---|---|---|

Eric Jones
20205 State Hwy 123
Petersburg, IL 62675

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Pending Tenants-Security Deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $415.00 |
|---|---|---|---|

Eric Krol
135 Brentwood Trail
Elgin, IL 60120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Pending Tenants-Security Deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $375.00 |
|---|---|---|---|

Eric Tillman
4824 Tate Rd
Rockford, IL 61101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Pending Tenants-Security Deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Aspen Court, L.L.C. | Case number (if known) | 17-16064 |
|---|---|---|---|
| | Name | | |

---

**3.248**

Nonpriority creditor's name and mailing address
Erica Harrell
1525 W. Jackson Street
Apartment 2
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

**$3,240.00**

---

**3.249**

Nonpriority creditor's name and mailing address
Erik Neidlinger
1509 W. Jackson Street
Apartment 4
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

**$1,600.00**

---

**3.250**

Nonpriority creditor's name and mailing address
Erik Sarnello
910 N. Albert Street
Apartment 4
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,780.00**

---

**3.251**

Nonpriority creditor's name and mailing address
Erika Doyle
3102 NE 2nd Ct
Hillsboro, OR 97124

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pending Tenants-Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$520.00**

---

**3.252**

Nonpriority creditor's name and mailing address
Erin Davis
711 E. Carpenter Drive
Palatine, IL 60074

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pending Tenants-Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$415.00**

---

**3.253**

Nonpriority creditor's name and mailing address
Erin Lee
6882 Strong Box Circle
Roscoe, IL 61073

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pending Tenants-Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$800.00**

---

**3.254**

Nonpriority creditor's name and mailing address
Ethan Ringle
1543 W. Jackson Street
Apartment 2
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

**$1,480.00**

---

| Debtor | Aspen Court, L.L.C. | Case number (if known) | 17-16064 |
|---|---|---|---|
| | Name | | |

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
|---|---|---|---|

**3.255**
Nonpriority creditor's name and mailing address
Eugene Givens
415 W. Adams Street
Apartment 1
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

$1,600.00

---

**3.256**
Nonpriority creditor's name and mailing address
Evan  Bosaw
2426 Chelsey Dr.
Troy, IL 62294

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pending Tenant/Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

$500.00

---

**3.257**
Nonpriority creditor's name and mailing address
Evan Blunk
517 E. Park
Geneseo, IL 61254

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pending Tenants-Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

$330.00

---

**3.258**
Nonpriority creditor's name and mailing address
Father- Spirtas employee
951 Skinker Parkway
St Louis, MO 63112

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pending Tenants-Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

$500.00

---

**3.259**
Nonpriority creditor's name and mailing address
Felicia Mitchell
6826 S. Laflin St.
Chicago, IL 60636

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pending Tenant/Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

$357.50

---

**3.260**
Nonpriority creditor's name and mailing address
Fernando Pacheco
1511 W. Jackson Street
Apartment 5
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

$1,640.00

---

**3.261**
Nonpriority creditor's name and mailing address
Finny Abraham
1517 W. Jackson Street
Apartment 1
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

$3,397.76

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | Aspen Court, L.L.C. | Case number (if known) | 17-16064 |
|---|---|---|---|
| | Name | | |

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $214.96 |
|---|---|---|---|

**Fowler's Appliance**
613 East Pierce Street
Macomb, IL 61455

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $550.65 |
|---|---|---|---|

**Frontier**
63 Stone Street
Second Floor
Rochester, NY 14646

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $365.00 |
|---|---|---|---|

**Gabriel Sahakyan**
2012 W. Forestglen Drive
Peoria, IL 61615

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: **Pending Tenants-Security Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,660.00 |
|---|---|---|---|

**Gabriella Dempsey**
1525 W. Jackson Street
Apartment 10
Macomb, IL 61455

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,280.00 |
|---|---|---|---|

**Garrett Kline**
1513 W. Jackson Street
Apartment 6
Macomb, IL 61455

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,480.00 |
|---|---|---|---|

**Genisis Trevino**
430 W. Elting Street
Apartment 3
Macomb, IL 61455

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,640.00 |
|---|---|---|---|

**Gordon Jensen**
1511 W. Jackson Street
Apartment 8
Macomb, IL 61455

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | Aspen Court, L.L.C. | | Case number (if known) | 17-16064 |
|---|---|---|---|---|
| | Name | | | |

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $330.00 |
|---|---|---|---|

**Grace Schafer**
G2124 Counrtyside Cirlce
Naperville, IL 60565

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Pending Tenants-Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,520.00 |
|---|---|---|---|

**Grady Case**
1543 W. Jackson Street
Apartment 12
Macomb, IL 61455

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,520.00 |
|---|---|---|---|

**Graham Garrey**
420 W. Elting Street
Apartment 9
Macomb, IL 61455

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Grant Kasal**
423 Cove Lane
Westmont, IL 60559

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Pending Tenants-Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $695.00 |
|---|---|---|---|

**Gregory Bates**
9290 Meadowbend Dr.
Beaumont, TX 77706

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Pending Tenants-Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**Gregory Poole**
1543 W. Jackson Street
Apartment 7
Macomb, IL 61455

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,840.00 |
|---|---|---|---|

**Haley Bestudik**
1519 W. Jackson Street
Apartment 10
Macomb, IL 61455

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Aspen Court, L.L.C.**          Case number (if known)    **17-16064**
          Name

---

**3.276** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,500.00**
| **Haley Fjelstad** | ☐ Contingent |
| 1543 W. Jackson Street | ☐ Unliquidated |
| Apartment 5 | ☐ Disputed |
| Macomb, IL 61455 | |
| Date(s) debt was incurred _ | Basis for the claim:  Tenant - Deposit/Prepaid Rent |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.277** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$400.00**
| **Hannah Short** | ☐ Contingent |
| 1267 Lafayette Circle | ☐ Unliquidated |
| Urbana, IL 61802 | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim:  Pending Tenants-Security Deposit |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.278** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,600.00**
| **Harrison McCoy** | ☐ Contingent |
| 415 W. Adams Street | ☐ Unliquidated |
| Apartment 1 | ☐ Disputed |
| Macomb, IL 61455 | |
| Date(s) debt was incurred _ | Basis for the claim:  Tenant - Deposit/Prepaid Rent |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.279** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,400.00**
| **Hayden Wilder** | ☐ Contingent |
| 932 N. Charles Street | ☐ Unliquidated |
| Macomb, IL 61455 | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim:  Tenant - Deposit/Prepaid Rent |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.280** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$415.00**
| **Heather King** | ☐ Contingent |
| 1856 Michigan Ave Apt 104 | ☐ Unliquidated |
| Naperville, IL 60563 | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim:  Pending Tenants-Security Deposit |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.281** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,780.00**
| **Heather Lucke** | ☐ Contingent |
| 324 Wigwam Hallow Road | ☐ Unliquidated |
| Apartment 4 | ☐ Disputed |
| Macomb, IL 61455 | |
| Date(s) debt was incurred _ | Basis for the claim:  Tenant - Deposit/Prepaid Rent |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.282** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,240.00**
| **Hoa Nguyen** | ☐ Contingent |
| 1527 W. Jackson Street | ☐ Unliquidated |
| Apartment 2 | ☐ Disputed |
| Macomb, IL 61455 | |
| Date(s) debt was incurred _ | Basis for the claim:  Tenant - Deposit/Prepaid Rent |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

---

Debtor    **Aspen Court, L.L.C.**    Case number *(if known)*    **17-16064**
          Name

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hoa Nguyen**
**adult lives here permanently**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $365.71 |
|---|---|---|---|

**Hub Printing**
**101 Maple Ave.**
**Rochelle, IL 61068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,640.00 |
|---|---|---|---|

**Hunter Galleske**
**900 N. Albert Street**
**Apartment 5**
**Macomb, IL 61455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $101.00 |
|---|---|---|---|

**IL DMV**
**3701 Winchester Road**
**Springfield, IL 62707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $310.00 |
|---|---|---|---|

**Immanuel Smith**
**8242 S. Throve Street**
**Chicago, IL 60620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Pending Tenants-Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $405.00 |
|---|---|---|---|

**Isaac Whitaker**
**33158 State Highway 107**
**Griggsville, IL 62340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Pending Tenants-Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $405.00 |
|---|---|---|---|

**Isabella Blanco**
**722 N. 24th Street**
**Quincy, IL 62301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Pending Tenants-Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---