| Debtor | Aspen Court, L.L.C. | | Case number (if known) | 17-16064 |
|---|---|---|---|---|
| | Name | | | |

| 3.290 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,660.00** |
|---|---|---|---|
| | **Isaiah Duncan**<br>**1537 W. Jackson Street**<br>**Apartment 12**<br>**Macomb, IL 61455** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Tenant - Deposit/Prepaid Rent** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.291 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
|---|---|---|---|
| | **Isaiah Lesure**<br>**1917 Fox Run**<br>**Mount Horeb, WI 53572** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Pending Tenants-Security Deposit** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.292 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,620.00** |
|---|---|---|---|
| | **Issac Whitaker**<br>**1513 W. Jackson Street**<br>**Apartment 1**<br>**Macomb, IL 61455** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Tenant - Deposit/Prepaid Rent** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.293 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,280.00** |
|---|---|---|---|
| | **Jaber Madkhali**<br>**400 W. Elting Street**<br>**Apartment 5**<br>**Macomb, IL 61455** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Tenant - Deposit/Prepaid Rent** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.294 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$380.00** |
|---|---|---|---|
| | **Jack Berlett**<br>**601 Woodland Trail**<br>**Washington, IL 61571** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Pending Tenants-Security Deposit** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.295 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,480.00** |
|---|---|---|---|
| | **Jacob Bevan**<br>**430 W. Elting Street**<br>**Apartment 1**<br>**Macomb, IL 61455** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Tenant - Deposit/Prepaid Rent** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.296 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,620.00** |
|---|---|---|---|
| | **Jacob Orwig**<br>**900 N. Albert Street**<br>**Apartment 1**<br>**Macomb, IL 61455** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Tenant - Deposit/Prepaid Rent** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Aspen Court, L.L.C.** | | Case number (if known) | **17-16064** |
|---|---|---|---|---|
| | Name | | | |

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,800.00** |
|---|---|---|---|

**Jacob Price**
1539 W. Jackson Street
Apartment 5
Macomb, IL 61455

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,520.00** |
|---|---|---|---|

**Jacob Prosser**
1543 W. Jackson Street
Apartment 11
Macomb, IL 61455

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00** |
|---|---|---|---|

**Jacob Schwartz**
415 W. Adams Street
Apartment 10
Macomb, IL 61455

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00** |
|---|---|---|---|

**Jacob Thrope**
1509 W. Jackson Street
Apartment 6
Macomb, IL 61455

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00** |
|---|---|---|---|

**Jacoby Foster**
1509 W. Jackson Street
Apartment 9
Macomb, IL 61455

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$320.00** |
|---|---|---|---|

**Jade Clarke**
275 Malleird Drive
Chicago Heights, IL 60411

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Pending Tenant/Security Deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$380.00** |
|---|---|---|---|

**Jaden Medina**
1332 Beecher Ave
Galesburg, IL 61401

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Pending Tenants-Security Deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Aspen Court, L.L.C.** | Case number (if known) | **17-16064** |
|---|---|---|---|
| | Name | | |

---

**3.304** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $520.00

**Jake Bussa**
5214 W. Mailbu Ct.
McHenry, IL 60050

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pending Tenant/Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.305** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,660.00

**Jake Perkins**
920 N. Albert Street
Apartment 10
Macomb, IL 61455

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.306** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,620.00

**Jaleesa Jackson**
910 N. Albert Street
Apartment 1
Macomb, IL 61455

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.307** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00

**Jalen Ward**
12675 MoonSeed Dr.
Carmel, IN 46032

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pending Tenants-Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.308** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $380.00

**Jalyn Brissey**
316 Kimberly Drive
West Burlington, IA 52655

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pending Tenants-Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.309** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $310.00

**James Benkovich**
7615 Yale Bridge Road
Rockton, IL 61072

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pending Tenants-Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.310** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $533.33

**James Galla**
8910 Tahoe Lane
Spring Grove, IL 60081

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pending Tenants-Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Aspen Court, L.L.C. | Case number (if known) | 17-16064 |
|---|---|---|---|
| | Name | | |

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,520.00 |
|---|---|---|---|

**James Miller**
1543 W. Jackson Street
Apartment 11
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
|---|---|---|---|

**James Roberts**
1509 W. Jackson Street
Apartment 11
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $325.00 |
|---|---|---|---|

**James Thomas**
8540 Keystone Avenue
Skokie, IL 60076

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Pending Tenant/Security Deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,280.00 |
|---|---|---|---|

**Jamila Jenkins**
1543 W. Jackson Street
Apartment 9
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,480.00 |
|---|---|---|---|

**Jamila Webster**
415 W. Elting Street
Apartment 1
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
|---|---|---|---|

**Jared Dehm**
415 W. Adams Street
Apartment 10
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**Jasmin Williams**
430 W. Elting Street
Apartment 6
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Aspen Court, L.L.C.** | | Case number (if known) | 17-16064 |
|--------|-------------------------|---|------------------------|----------|
| | Name | | | |

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $357.50 |
|-------|------------------------------------------------|--------------------------------------------------------------------|---------|
| | **Jasmine Bailey**<br>4430 W. Congress Parkway<br>Chicago, IL 60624 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Pending Tenants-Security Deposit | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,320.00 |
|-------|------------------------------------------------|--------------------------------------------------------------------|-----------|
| | **Jasmine Branch**<br>1513 W. Jackson Street<br>Apartment 11<br>Macomb, IL 61455 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Tenant - Deposit/Prepaid Rent | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,620.00 |
|-------|------------------------------------------------|--------------------------------------------------------------------|-----------|
| | **Jasmine Douglas-Jackson**<br>1529 W. Jackson Street<br>Apartment 3<br>Macomb, IL 61455 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Tenant - Deposit/Prepaid Rent | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,800.00 |
|-------|------------------------------------------------|--------------------------------------------------------------------|-----------|
| | **Jasmine Pringle**<br>1541 W. Jackson Street<br>Apartment 7<br>Macomb, IL 61455 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Tenant - Deposit/Prepaid Rent | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|-------|------------------------------------------------|--------------------------------------------------------------------|-----------|
| | **Jasmine Rickard**<br>420 W. Elting Street<br>Apartment 8<br>Macomb, IL 61455 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Tenant - Deposit/Prepaid Rent | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,660.00 |
|-------|------------------------------------------------|--------------------------------------------------------------------|-----------|
| | **Jason Kessler**<br>400 W. Elting Street<br>Apartment 10<br>Macomb, IL 61455 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Tenant - Deposit/Prepaid Rent | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $415.00 |
|-------|------------------------------------------------|--------------------------------------------------------------------|---------|
| | **Jason Krol**<br>135 Brentwood Trail<br>Elgin, IL 60120 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Pending Tenants-Security Deposit | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Aspen Court, L.L.C. | Case number (if known) | 17-16064 |
|---|---|---|---|
| | Name | | |

**3.325** Nonpriority creditor's name and mailing address

Jeffery Pearson
201 Wigwam Hollow Road
Macomb, IL 61455

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pending Tenants-Security Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$310.00

---

**3.326** Nonpriority creditor's name and mailing address

Jeffrey Ramsey
2854 Henley Lane
Naperville, IL 60540

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pending Tenant/Security Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$700.00

---

**3.327** Nonpriority creditor's name and mailing address

Jenna Hadsall
900 N. Albert Street
Apartment 6
Macomb, IL 61455

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No  ☐ Yes

$1,226.66

---

**3.328** Nonpriority creditor's name and mailing address

Jenna Lambardo
1058 Hampshire Lane
Elgin, IL 60120

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pending Tenants-Security Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$400.00

---

**3.329** Nonpriority creditor's name and mailing address

Jennifer Owens
1525 W. Jackson Street
Apartment 3
Macomb, IL 61455

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No  ☐ Yes

$1,620.00

---

**3.330** Nonpriority creditor's name and mailing address

Jennifer Rodriguez
1515 W. Jackson Street
Apartment 1
Macomb, IL 61455

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No  ☐ Yes

$1,620.00

---

**3.331** Nonpriority creditor's name and mailing address

Jerome Scott
1529 W. Jackson Street
Apartment 4
Macomb, IL 61455

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No  ☐ Yes

$1,620.00

---

| Debtor | Aspen Court, L.L.C. | Case number (if known) | 17-16064 |
|---|---|---|---|
| | Name | | |

---

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,640.00 |
|---|---|---|---|

**Jessica Jirik**
910 N. Albert Street
Apartment 7
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: <u>Tenant - Deposit/Prepaid Rent</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**Jessica Ngoie**
1543 W. Jackson Street
Apartment 5
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: <u>Tenant - Deposit/Prepaid Rent</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
|---|---|---|---|

**Jessica VanDerway**
1509 W. Jackson Street
Apartment 11
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: <u>Tenant - Deposit/Prepaid Rent</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,640.00 |
|---|---|---|---|

**Ji Yoon**
1535 W. Jackson Street
Apartment 5
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: <u>Tenant - Deposit/Prepaid Rent</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $310.00 |
|---|---|---|---|

**Jillian Escobar**
5981 Andover Dr. W
Hanover Park, IL 60133

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: <u>Pending Tenant/Security Deposit</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,520.00 |
|---|---|---|---|

**Jodie Tan Qui Yu**
420 W. Elting Street
Apartment 10
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: <u>Tenant - Deposit/Prepaid Rent</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $562.50 |
|---|---|---|---|

**Jodre Tan Qiu Tu.**
76 Punggol Walk, #13-56
Singapore, SG 00082-8788

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: <u>Pending Tenants-Security Deposit</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Aspen Court, L.L.C. | | Case number (if known) | 17-16064 |
|---|---|---|---|---|
| | Name | | | |

---

**3.339** | Nonpriority creditor's name and mailing address

Joey Billeter
1511 W. Jackson Street
Apartment 6
Macomb, IL 61455

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No  ☐ Yes

$1,822.24

---

**3.340** | Nonpriority creditor's name and mailing address

Johanna Craig
1513 W. Jackson Street
Apartment 8
Macomb, IL 61455

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No  ☐ Yes

$1,640.00

---

**3.341** | Nonpriority creditor's name and mailing address

John Holecek
430 W. Elting Street
Apartment 10
Macomb, IL 61455

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No  ☐ Yes

$1,520.00

---

**3.342** | Nonpriority creditor's name and mailing address

Jonathan Banko
324 Wigwam Hallow Road
Apartment 3
Macomb, IL 61455

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No  ☐ Yes

$1,620.00

---

**3.343** | Nonpriority creditor's name and mailing address

Jonathan Stockton
415 W. Adams Street
Apartment 7
Macomb, IL 61455

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No  ☐ Yes

$1,600.00

---

**3.344** | Nonpriority creditor's name and mailing address

Jonathan Williams
415 W. Adams Street
Apartment 11
Macomb, IL 61455

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No  ☐ Yes

$1,600.00

---

**3.345** | Nonpriority creditor's name and mailing address

Jonathon Schulze
1537 W. Jackson Street
Apartment 1
Macomb, IL 61455

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No  ☐ Yes

$1,620.00

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Aspen Court, L.L.C. | Case number (if known) | 17-16064 |
|--------|---------------------|------------------------|----------|
|        | Name                |                        |          |

---

**3.346** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Jonathon Williams
2068 Gardner Circle East
Aurora, IL 60503

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.347** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,213.33**

Jopse Monzon
1511 W. Jackson Street
Apartment 2
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.348** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$325.00**

Jordan Lloyd
29420 120th Avenue W
Illinois City, IL 61259

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Pending Tenant/Security Deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.349** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00**

Jordon Coil
510 Gilbert Terrance
Machesny Park, IL 61115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Pending Tenants-Security Deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.350** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00**

Jose Morale
1509 W. Jackson Street
Apartment 3
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.351** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,520.00**

Joseph Depalma
1543 W. Jackson Street
Apartment 12
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.352** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,840.00**

Joseph Goodwin
1535 W. Jackson Street
Apartment 11
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Aspen Court, L.L.C. | Case number (if known) | 17-16064 |
|---|---|---|---|
| | Name | | |

---

**3.353** | Nonpriority creditor's name and mailing address

**Joseph Herbers**
1394 110th Street
Manning, IA 51455

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pending Tenants-Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$357.50

---

**3.354** | Nonpriority creditor's name and mailing address

**Joseph Leone**
19315 Lisadell Dr
Tinley Park, IL 60487

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pending Tenants-Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$400.00

---

**3.355** | Nonpriority creditor's name and mailing address

**Joseph Meyer**
611 11th Ave
Mendota, IL 61342

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pending Tenants-Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$380.00

---

**3.356** | Nonpriority creditor's name and mailing address

**Joseph Payton**
1200 Jonathon Drive
Mission, TX 78572

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Pending Tenant/Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$310.00

---

**3.357** | Nonpriority creditor's name and mailing address

**Josh Baldus**
415 W. Adams Street
Apartment 4
Macomb, IL 61455

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

$1,600.00

---

**3.358** | Nonpriority creditor's name and mailing address

**Josh Hoppe**
415 W. Adams Street
Apartment 6
Macomb, IL 61455

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

$1,600.00

---

**3.359** | Nonpriority creditor's name and mailing address

**Joshua Fanter**
324 Wigwam Hallow Road
Apartment 6
Macomb, IL 61455

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

$1,640.00

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Aspen Court, L.L.C. | Case number (if known) | 17-16064 |
|---|---|---|---|
| | Name | | |

---

**3.360** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,780.00**

Joshua Fitzgerald
930 N. Albert Street
Apartment 4
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.361** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,840.00**

Joshua Jojo
1517 W. Jackson Street
Apartment 12
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.362** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$540.00**

Joshua Jojo
1950 Quail Ct.
Woodstock, IL 60098

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Pending Tenant/Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.363** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$415.00**

Joshua Jones
9635 S. Lowe
Chicago, IL 60628

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Pending Tenants-Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.364** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00**

Joshuan Rivera
1509 W. Jackson Street
Apartment 4
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.365** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,640.00**

Julia Szozda
324 Wigwam Hallow Road
Apartment 5
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.366** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,520.00**

Julie Herek
324 Wigwam Hallow Road
Apartment 12
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    **Aspen Court, L.L.C.**
Name

Case number (if known)    **17-16064**

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,620.00 |
|---|---|---|---|
| 3.367 | **Julius Morris**<br>900 N. Albert Street<br>Apartment 4<br>Macomb, IL 61455 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _Tenant - Deposit/Prepaid Rent_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $285.00 |
|---|---|---|---|
| 3.368 | **Justin Doty**<br>503 W Muller Rd<br>East Peoria, IL 61611 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _Pending Tenants-Security Deposit_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |
|---|---|---|---|
| 3.369 | **Justin Rinaldi**<br>1543 W. Jackson Street<br>Apartment 7<br>Macomb, IL 61455 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _Tenant - Deposit/Prepaid Rent_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,760.00 |
|---|---|---|---|
| 3.370 | **Justin Syzweck**<br>1521 W. Jackson Street<br>Apartment 3<br>Macomb, IL 61455 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _Tenant - Deposit/Prepaid Rent_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,640.00 |
|---|---|---|---|
| 3.371 | **Kai Yang**<br>1515 W. Jackson Street<br>Apartment 5<br>Macomb, IL 61455 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _Tenant - Deposit/Prepaid Rent_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,640.00 |
|---|---|---|---|
| 3.372 | **Kai Yang Chen**<br>1525 W. Jackson Street<br>Apartment 6<br>Macomb, IL 61455 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _Tenant - Deposit/Prepaid Rent_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |
|---|---|---|---|
| 3.373 | **Kalee Brown**<br>324 Wigwam Hallow Road<br>Apartment 5<br>Macomb, IL 61455 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _Tenant - Deposit/Prepaid Rent_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor   **Aspen Court, L.L.C.**
_____
Name

Case number (if known)   **17-16064**

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,660.00 |

**Kamren Minnaert**
**1511 W. Jackson Street**
**Apartment 10**
**Macomb, IL 61455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $520.00 |

**Kamryn Endress**
**515 S. Broadway**
**Stronghurst, IL 61480**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Pending Tenant/Security Deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $710.00 |

**Kara Crowther**
**204 N La Salle Ave**
**Ladd, IL 61329**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Pending Tenants-Security Deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |

**Karenrose Steppan**
**415 Adams Street**
**Apartment 3**
**Macomb, IL 61455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $380.00 |

**Karissa Scales**
**1015 Arthur Apt F1**
**West Peoria, IL 61604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Pending Tenants-Security Deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $325.00 |

**Karlee Starkey**
**1427 Putnam St**
**Peru, IL 61354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Pending Tenants-Security Deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,520.00 |

**Karyn Goldensoph**
**324 Wigwam Hallow Road**
**Apartment 12**
**Macomb, IL 61455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Aspen Court, L.L.C.**
          Name

Case number (if known)    **17-16064**

---

**3.381** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $281.25
--- | --- | --- | ---
 | **Kate Elliot** | ☐ Contingent |
 | **526 AthensVille Road** | ☐ Unliquidated |
 | **Palmyra, IL 62674** | ☐ Disputed |
 | Date(s) debt was incurred _ | Basis for the claim:  **Pending Tenants-Security Deposit** |
 | Last 4 digits of account number _ | |
 | | Is the claim subject to offset? ■ No  ☐ Yes |

**3.382** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $410.00
--- | --- | --- | ---
 | **Katelyn Muhlenburg** | ☐ Contingent |
 | **1536 180th St** | ☐ Unliquidated |
 | **Aledo, IL 61231** | ☐ Disputed |
 | Date(s) debt was incurred _ | Basis for the claim:  **Pending Tenants-Security Deposit** |
 | Last 4 digits of account number _ | |
 | | Is the claim subject to offset? ■ No  ☐ Yes |

**3.383** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,660.00
--- | --- | --- | ---
 | **Katelyn Nemeth** | ☐ Contingent |
 | **1537 W. Jackson Street** | ☐ Unliquidated |
 | **Apartment 11** | ☐ Disputed |
 | **Macomb, IL 61455** | |
 | Date(s) debt was incurred _ | Basis for the claim:  **Tenant - Deposit/Prepaid Rent** |
 | Last 4 digits of account number _ | |
 | | Is the claim subject to offset? ■ No  ☐ Yes |

**3.384** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00
--- | --- | --- | ---
 | **Katelyn Shields** | ☐ Contingent |
 | **2013 Highwood Ave** | ☐ Unliquidated |
 | **Perkin, IL 61554** | ☐ Disputed |
 | Date(s) debt was incurred _ | Basis for the claim:  **Pending Tenants-Security Deposit** |
 | Last 4 digits of account number _ | |
 | | Is the claim subject to offset? ■ No  ☐ Yes |

**3.385** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $710.00
--- | --- | --- | ---
 | **Kathryn Zeeck** | ☐ Contingent |
 | **13382 SR 97** | ☐ Unliquidated |
 | **Havana, IL 62644** | ☐ Disputed |
 | Date(s) debt was incurred _ | Basis for the claim:  **Pending Tenants-Security Deposit** |
 | Last 4 digits of account number _ | |
 | | Is the claim subject to offset? ■ No  ☐ Yes |

**3.386** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,640.00
--- | --- | --- | ---
 | **Katie Boston** | ☐ Contingent |
 | **324 Wigwam Hallow Road** | ☐ Unliquidated |
 | **Apartment 8** | ☐ Disputed |
 | **Macomb, IL 61455** | |
 | Date(s) debt was incurred _ | Basis for the claim:  **Tenant - Deposit/Prepaid Rent** |
 | Last 4 digits of account number _ | |
 | | Is the claim subject to offset? ■ No  ☐ Yes |

**3.387** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $357.50
--- | --- | --- | ---
 | **Katie Dewey** | ☐ Contingent |
 | **709 Heights Road** | ☐ Unliquidated |
 | **Dixon, IL 61021** | ☐ Disputed |
 | Date(s) debt was incurred _ | Basis for the claim:  **Pending Tenants-Security Deposit** |
 | Last 4 digits of account number _ | |
 | | Is the claim subject to offset? ■ No  ☐ Yes |

---

| Debtor | **Aspen Court, L.L.C.** | Case number (if known) | **17-16064** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|

**3.388** Nonpriority creditor's name and mailing address
Katie Gorski
910 N. Albert Street
Apartment 2
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

$1,620.00

**3.389** Nonpriority creditor's name and mailing address
Katie Thompson
616 Chicago Road
Paw Paw, IL 61353

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pending Tenants-Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

$375.00

**3.390** Nonpriority creditor's name and mailing address
Katielyn Schafer
324 Wigwam Hallow Road
Apartment 1
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

$1,620.00

**3.391** Nonpriority creditor's name and mailing address
Katrina Parker
1527 W. Jackson Street
Apartment 11
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

$3,320.00

**3.392** Nonpriority creditor's name and mailing address
Kaycee Pugsley
324 Wigwam Hallow Road
Apartment 7
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

$1,640.00

**3.393** Nonpriority creditor's name and mailing address
Kaylee Kirby
1519 W. Jackson Street
Apartment 11
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

$2,840.00

**3.394** Nonpriority creditor's name and mailing address
Kaylee Kirby
109 N. Menard St
Mason City, IL 62664

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

| Debtor | Aspen Court, L.L.C. | Case number (if known) | 17-16064 |
|---|---|---|---|
| | Name | | |

| 3.395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Kaylee Wolf**
1118 E 1323rd Lane
Quincy, IL 62305

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Pending Tenants-Security Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,840.00 |
|---|---|---|---|

**Kayleigh Diveley**
1521 W. Jackson Street
Apartment 9
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $380.00 |
|---|---|---|---|

**Kayvon Vakil**
3930 Crestwood Dr
Northbrook, IL 60062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Pending Tenants-Security Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**Keiji Saito**
1511 W. Jackson Street
Apartment 4
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $520.00 |
|---|---|---|---|

**Keirsten Deutsch**
2412 Eastridge Loop
Chula Vista, CA 91915

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Pending Tenant/Security Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,280.00 |
|---|---|---|---|

**Kelsey Chandler**
1543 W. Jackson Street
Apartment 9
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,660.00 |
|---|---|---|---|

**Kelsey Cromer**
1515 W. Jackson Street
Apartment 11
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Aspen Court, L.L.C. | Case number (if known) | 17-16064 |
|---|---|---|---|
| | Name | | |

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $365.00 |
|---|---|---|---|

Kelsey Green
2029 Knox Hwy, #1
Galesburg, IL 61401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Pending Tenant/Security Deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $357.50 |
|---|---|---|---|

Kelsey O'Connor
7739 Nelson Street
Arvada, CO 80005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Pending Tenant/Security Deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $410.00 |
|---|---|---|---|

Kendal Hannant
35009 443 Lane
Griggsville, IL 62340

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Pending Tenants-Security Deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $325.00 |
|---|---|---|---|

Kennedi Marshall
10409 S. Iniana Avenue
Chicago, IL 60628

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Pending Tenant/Security Deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $520.00 |
|---|---|---|---|

Kennedy Wilkins
1510 N. Harlem
River Forest, IL 60305

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Pending Tenants-Security Deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.407 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,620.00 |
|---|---|---|---|

Kennen Hutchison
1513 W. Jackson Street
Apartment 4
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,800.00 |
|---|---|---|---|

Kevin Clouston
1517 W. Jackson Street
Apartment 6
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Aspen Court, L.L.C. | Case number (if known) | 17-16064 |
|---|---|---|---|
| | Name | | |

---

**3.409** Nonpriority creditor's name and mailing address

Kevin Terpstra
1509 W. Jackson Street
Apartment 1
Macomb, IL 61455

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

$1,600.00

---

**3.410** Nonpriority creditor's name and mailing address

Kevin Zheng
900 N. Albert Street
Apartment 10
Macomb, IL 61455

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

$1,640.00

---

**3.411** Nonpriority creditor's name and mailing address

KeVohn McMahon
9209 S. Wentworth Ave
Chicago, IL 60620

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pending Tenants-Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

$415.00

---

**3.412** Nonpriority creditor's name and mailing address

Kevonni Harvey
6700 Pine Ln
Carpentersville, IL 60177

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pending Tenants-Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

$250.00

---

**3.413** Nonpriority creditor's name and mailing address

Khadijah Hudson
420 W. Elting Street
Apartment 4
Macomb, IL 61455

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

$1,480.00

---

**3.414** Nonpriority creditor's name and mailing address

Khalen Saunders
5552 Emerson Ave
St. Louis, MO 63120

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pending Tenants-Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

$370.00

---

**3.415** Nonpriority creditor's name and mailing address

Khari Temple
1741 W. 93rd Street
Chicago, IL 60643

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pending Tenant/Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

$325.00

---

| Debtor | Aspen Court, L.L.C. | | Case number (if known) | 17-16064 |
|---|---|---|---|---|
| | Name | | | |

| 3.416 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,480.00 |
|---|---|---|---|

**Khayla Perkins**
420 W. Elting Street
Apartment 3
Macomb, IL 61455

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.417 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $310.00 |
|---|---|---|---|

**Khayla Perkins**
2025 Parkview
South Holland, IL 60473

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Pending Tenant/Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $285.00 |
|---|---|---|---|

**Khristian Novoa**
303 Hamilton Rd
Marquette Hights, IL 61554

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Pending Tenants-Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.419 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,620.00 |
|---|---|---|---|

**Kimberly Bickhaus**
1511 W. Jackson Street
Apartment 3
Macomb, IL 61455

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $495.00 |
|---|---|---|---|

**Kimberlyn Cranford**
Box 20, Site 3, RRI
Roaches Line, NL AOA 1W0

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Pending Tenants-Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.421 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21.42 |
|---|---|---|---|

**Kirby Risk**
PO Box 5089
Lafayette, IN 47903-5089

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.422 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,600.00 |
|---|---|---|---|

**Kolton Schlichting**
415 W. Adams Street
Apartment 8
Macomb, IL 61455

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Aspen Court, L.L.C.**
Name
Case number (if known)    **17-16064**

| 3.423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,520.00 |
|---|---|---|---|

**Kori McElroy**
1543 W. Jackson Street
Apartment 10
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.424**    **$1,600.00**

**Kory Bienhoff**
1505 W. Jackson Street
Apartment 1
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.425**    **$375.00**

**Kristina Hiller**
11S517 Webster Lane
Naperville, IL 60564

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pending Tenants-Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.426**    **$1,520.00**

**Krol**
430 W. Elting Street
Apartment 9
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.427**    **$1,520.00**

**Krol**
430 W. Elting Street
Apartment 9
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.428**    **$1,620.00**

**Kyle Kahs**
1537 W. Jackson Street
Apartment 4
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.429**    **$400.00**

**Kyle Kruzel**
12345 Falcon Drive
Plainfield, IL 60585

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pending Tenants-Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Aspen Court, L.L.C.** | Case number (if known) | **17-16064** |
|---|---|---|---|
| | Name | | |

---

**3.430** | Nonpriority creditor's name and mailing address | | **$1,640.00**

**Kyle Rognstad**
1513 W. Jackson Street
Apartment 8
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

---

**3.431** | Nonpriority creditor's name and mailing address | | **$2,220.00**

**Kylea Starkey**
1543 W. Jackson Street
Apartment 1
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

---

**3.432** | Nonpriority creditor's name and mailing address | | **$1,640.00**

**Kyndra Harris**
324 Wigwam Hallow Road
Apartment 7
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

---

**3.433** | Nonpriority creditor's name and mailing address | | **$325.00**

**Kyra Carpenter**
9009 S. Francisco Avenue
Evergreen Park, IL 60805

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pending Tenant/Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

---

**3.434** | Nonpriority creditor's name and mailing address | | **$357.50**

**La'India Cooper**
7125 S. Pauling
Chicago, IL 60636

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pending Tenant/Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

---

**3.435** | Nonpriority creditor's name and mailing address | | **$276.66**

**Lacaseia Dixon**
339 Noela Street
Park Forest, IL 60466

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pending Tenants-Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

---

**3.436** | Nonpriority creditor's name and mailing address | | **$933.33**

**Laila Alyami**
1529 W. Jackson Street
Apartment 5
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Aspen Court, L.L.C. | Case number (if known) | 17-16064 |
|---|---|---|---|
| | Name | | |

---

**3.437** | Nonpriority creditor's name and mailing address

Lakeira Jones
1517 N. 54th
East Saint Louis, IL 62204

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pending Tenant/Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.438** | Nonpriority creditor's name and mailing address

Lambasio Inc.
401 E. Berrien Street
Galesburg, IL 61401

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,007.00**

---

**3.439** | Nonpriority creditor's name and mailing address

Laniqua Hubbert
430 W. Elting Street
Apartment 6
Macomb, IL 61455

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

**$1,500.00**

---

**3.440** | Nonpriority creditor's name and mailing address

Lasha Williams
1543 W. Jackson Street
Apartment 5
Macomb, IL 61455

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

**$1,500.00**

---

**3.441** | Nonpriority creditor's name and mailing address

Lashonda West
261 Manburg Lane
Bolingbrook, IL 60440

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pending Tenant/Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$325.00**

---

**3.442** | Nonpriority creditor's name and mailing address

Laura Alcala
420 W. Elting Street
Apartment 8
Macomb, IL 61455

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

**$1,500.00**

---

**3.443** | Nonpriority creditor's name and mailing address

Lauren Gerstung
1428 Orchid Street
Yorkville, IL 60560

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pending Tenants-Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$375.00**

---

| Debtor | Aspen Court, L.L.C. | | Case number (if known) | 17-16064 |
|---|---|---|---|---|
| | Name | | | |

---

| 3.444 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,520.00 |
|---|---|---|---|

**Lauren Marchetto**
1543 W. Jackson Street
Apartment 10
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.445 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Lauren Switzer**
65 S. Yorktown Road
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pending Tenants-Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.446 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $365.00 |
|---|---|---|---|

**Leah Hembrough**
885 Taylor Lane
Winchester, IL 62694

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,640.00 |
|---|---|---|---|

**Lee Stiltz**
1513 W. Jackson Street
Apartment 5
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,660.00 |
|---|---|---|---|

**Logan Johnson**
1527 W. Jackson Street
Apartment 10
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,660.00 |
|---|---|---|---|

**Lucas Daniels**
1527 W. Jackson Street
Apartment 10
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $975.00 |
|---|---|---|---|

**Lucie Scalf & Bougher**
315 E. Jackson St.
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Aspen Court, L.L.C. | Case number (if known) | 17-16064 |
|--------|---------------------|------------------------|----------|
|        | Name                |                        |          |

---

| 3.451 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,660.00 |
|-------|--------------------------------------------------|-----------------------------------------------------------------------|-----------|

**Luke Merritt**
1527 W. Jackson Street
Apartment 9
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.452 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $540.00 |
|-------|--------------------------------------------------|-----------------------------------------------------------------------|---------|

**Lyric Pendleton**
533 E. North Street
Galesburg, IL 61401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Pending Tenants-Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,620.00 |
|-------|--------------------------------------------------|-----------------------------------------------------------------------|-----------|

**Mackenzie Buck**
1511 W. Jackson Street
Apartment 3
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.454 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $325.00 |
|-------|--------------------------------------------------|-----------------------------------------------------------------------|---------|

**Mackenzie May**
180 Mary Senica Court
LaSalle, IL 61301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Pending Tenants-Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $405.00 |
|-------|--------------------------------------------------|-----------------------------------------------------------------------|---------|

**Mackenzie Miller**
17473 Tice Road
Petersburg, IL 62675

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Pending Tenants-Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $375.00 |
|-------|--------------------------------------------------|-----------------------------------------------------------------------|---------|

**Madelyn Baker**
17629 22nd Avenue
Hedrick, IA 52563

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Pending Tenants-Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.457 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,660.00 |
|-------|--------------------------------------------------|-----------------------------------------------------------------------|-----------|

**Madelyn Lego**
1535 W. Jackson Street
Apartment 9
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Aspen Court, L.L.C. | | Case number (if known) | 17-16064 |
|---|---|---|---|---|
| | Name | | | |

**3.458**

Nonpriority creditor's name and mailing address
**Madison Corzatt**
**846 90th Street**
**Berwick, IL 61417**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pending Tenants-Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$250.00

---

**3.459**

Nonpriority creditor's name and mailing address
**Madison Fuller**
**420 W. Elting Street**
**Apartment 8**
**Macomb, IL 61455**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

$1,500.00

---

**3.460**

Nonpriority creditor's name and mailing address
**Madison Johnson**
**1517 W. Jackson Street**
**Apartment 10**
**Macomb, IL 61455**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

$1,620.00

---

**3.461**

Nonpriority creditor's name and mailing address
**Madison Kessler**
**402 S Sullivan St**
**Industry, IL 61440**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.462**

Nonpriority creditor's name and mailing address
**Madison McCoy**
**1535 W. Jackson Street**
**Apartment 1**
**Macomb, IL 61455**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

$1,620.00

---

**3.463**

Nonpriority creditor's name and mailing address
**Madison Palmer**
**207 Howard Street**
**East Peoria, IL 61611**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pending Tenants-Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$380.00

---

**3.464**

Nonpriority creditor's name and mailing address
**Madison Sperry**
**1088 Highway 61**
**Mendon, IL 62351**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pending Tenants-Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$415.00

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Aspen Court, L.L.C. | Case number (if known) | 17-16064 |
| | Name | | |

---

**3.465** | Nonpriority creditor's name and mailing address

Madison Sperry
1088 Highway 61
Mendon, IL 62351

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pending Tenant/Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$325.00**

---

**3.466** | Nonpriority creditor's name and mailing address

Maggie Eberley
900 N. Albert Street
Apartment 11
Macomb, IL 61455

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

**$1,660.00**

---

**3.467** | Nonpriority creditor's name and mailing address

Maintenance USA
PO Box 404295
Atlanta, GA 30834

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,455.22**

---

**3.468** | Nonpriority creditor's name and mailing address

Map Communications
PO Box 789050
Philadelphia, PA 19178-9050

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$123.24**

---

**3.469** | Nonpriority creditor's name and mailing address

Marie Durant
1527 W. Jackson Street
Apartment 12
Macomb, IL 61455

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

**$3,320.00**

---

**3.470** | Nonpriority creditor's name and mailing address

Marisa Bethel
1409 West Queens Court
Peoria, IL 61614

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pending Tenants-Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$380.00**

---

**3.471** | Nonpriority creditor's name and mailing address

Marisela Portales
123 S. Hawthorne Blvd.
Mundelein, IL 60060

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pending Tenant/Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$357.50**

---

Debtor   **Aspen Court, L.L.C.**
Name
Case number (if known)   **17-16064**

---

| 3.472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,520.00 |
|---|---|---|---|

**Marissa Tolbert**
420 W. Elting Street
Apartment 11
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,520.00 |
|---|---|---|---|

**Mark Bangert**
1543 W. Jackson Street
Apartment 11
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,480.00 |
|---|---|---|---|

**Mark Cizek**
430 W. Elting Street
Apartment 4
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,660.00 |
|---|---|---|---|

**Martin Nall**
1527 W. Jackson Street
Apartment 9
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,226.66 |
|---|---|---|---|

**Mary Peterson**
900 N. Albert Street
Apartment 8
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Mary Scott**
626 Hickory Street
Chicago Heights, IL 60411

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Pending Tenants-Security Deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,520.00 |
|---|---|---|---|

**Mary-Bianca Fuller**
430 W. Elting Street
Apartment 11
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Aspen Court, L.L.C.**
     Name

Case number (if known)    **17-16064**

---

| 3.479 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $357.50 |
|---|---|---|---|

**Matt Betzwiser**
4413 Ole Farm Road
Plainfield, IL 60586

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Pending Tenants-Security Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.480 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,660.00 |
|---|---|---|---|

**Matthew Allen**
400 W. Elting Street
Apartment 9
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,660.00 |
|---|---|---|---|

**Matthew Beckemeyer**
1513 W. Jackson Street
Apartment 12
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,800.00 |
|---|---|---|---|

**Matthew Beckemeyer**
1521 W. Jackson Street
Apartment 7
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,660.00 |
|---|---|---|---|

**Matthew Cerone**
1513 W. Jackson Street
Apartment 12
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.484 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,660.00 |
|---|---|---|---|

**Matthew Cutro**
920 N. Albert Street
Apartment 10
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $310.00 |
|---|---|---|---|

**Matthew Dwyer**
6221 N. Kilkenny Dr
Edwards, IL 61528

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Pending Tenants-Security Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Aspen Court, L.L.C.** | | Case number (if known) | **17-16064** |
|---|---|---|---|---|
| | Name | | | |

| | | |
|---|---|---|
| 3.486 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $400.00 |

**3.486** Nonpriority creditor's name and mailing address

**Matthew Gamperl**
**236 Columbia Ave**
**Elmhurst, IL 60126**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $400.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pending Tenants-Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.487** Nonpriority creditor's name and mailing address

**Matthew Gendusa**
**930 N. Albert Street**
**Apartment 6**
**Macomb, IL 61455**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $1,640.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.488** Nonpriority creditor's name and mailing address

**Matthew Jansen**
**910 N. Albert Street**
**Apartment 9**
**Macomb, IL 61455**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $1,660.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.489** Nonpriority creditor's name and mailing address

**Matthew Orth**
**11021 14th Street**
**West Milan, IL 61264**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $400.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pending Tenants-Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.490** Nonpriority creditor's name and mailing address

**Matthew Pinkston**
**703 Davidson Dr Unit B**
**Minooka, IL 60447**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $400.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pending Tenants-Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.491** Nonpriority creditor's name and mailing address

**Matthew Pitti**
**25805 Oak Hills Road**
**Lake Barrington, IL 60010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $533.33

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pending Tenants-Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.492** Nonpriority creditor's name and mailing address

**May**
**430 W. Elting Street**
**Apartment 9**
**Macomb, IL 61455**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $1,520.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Aspen Court, L.L.C. | | Case number (if known) | 17-16064 |
|---|---|---|---|---|
| | Name | | | |

---

| 3.493 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $685.00 |
|---|---|---|---|

**McDonough County Voice**
26 West Side Square
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64.69 |
|---|---|---|---|

**MCI**
PO Box 4830
Trenton, NJ 08650

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.495 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,800.00 |
|---|---|---|---|

**McKensie Vissering**
1535 W. Jackson Street
Apartment 8
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.496 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,780.00 |
|---|---|---|---|

**McKenzie Allen**
324 Wigwam Hallow Road
Apartment 2
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.497 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,620.00 |
|---|---|---|---|

**Mckenzie Horton**
1535 W. Jackson Street
Apartment 1
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.498 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
|---|---|---|---|

**Meagan Schulz**
415 W. Adams Street
Apartment 9
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Meaghan Schulz**
2457 Prairie Rose Ridge
Muscatine, IA 52761

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Pending Tenants-Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Aspen Court, L.L.C.**

Name

Case number (if known)    **17-16064**

| 3.500 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Megan Fearon**
**IN055 Ellis Ave**
**Carolstream, IL 60188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: <u>Pending Tenants-Security Deposit</u>

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.501 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,840.00 |
|---|---|---|---|

**Megan Ferry**
**1539 W. Jackson Street**
**Apartment 12**
**Macomb, IL 61455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: <u>Tenant - Deposit/Prepaid Rent</u>

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,660.00 |
|---|---|---|---|

**Megan Hoenig**
**1525 W. Jackson Street**
**Apartment 10**
**Macomb, IL 61455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: <u>Tenant - Deposit/Prepaid Rent</u>

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.00 |
|---|---|---|---|

**Megan Wood**
**310 E. Bancroft**
**West Point, IL 62380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: <u>Pending Tenants-Security Deposit</u>

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $370.00 |
|---|---|---|---|

**Meghan Lowry**
**230 Sumac Lane**
**Schaumburg, IL 60193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: <u>Pending Tenants-Security Deposit</u>

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.00 |
|---|---|---|---|

**Meih Huddleston**
**431 Carroll Lane**
**Glen Carbon, IL 62034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: <u>Pending Tenant/Security Deposit</u>

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
|---|---|---|---|

**Melissa Caldwell**
**415 W. Adams Street**
**Apartment 2**
**Macomb, IL 61455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: <u>Tenant - Deposit/Prepaid Rent</u>

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Aspen Court, L.L.C. | Case number (if known) | 17-16064 |
|---|---|---|---|
| | Name | | |

---

**3.507** | Nonpriority creditor's name and mailing address | | | **$495.00**

Melissa O'Reilly
7 Hudsonberry Drive
Paradise, NL A1L 0R2

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pending Tenants-Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

---

**3.508** | Nonpriority creditor's name and mailing address | | | **$540.00**

Micah Highland
23187 Richards Street
Lincolnshire, IL 60069

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pending Tenants-Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

---

**3.509** | Nonpriority creditor's name and mailing address | | | **$1,600.00**

Michael Ariss
1509 W. Jackson Street
Apartment 3
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

---

**3.510** | Nonpriority creditor's name and mailing address | | | **$400.00**

Michael Barnett
421 19th Ave
Moline, IL 61265

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pending Tenants-Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

---

**3.511** | Nonpriority creditor's name and mailing address | | | **$375.00**

Michael Marcucci
1973 Crenshaw Circle
Vernon Hills, IL 60061

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pending Tenants-Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

---

**3.512** | Nonpriority creditor's name and mailing address | | | **$400.00**

Michael Meade
361 Kent Road
Riverside, IL 60546

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.513** | Nonpriority creditor's name and mailing address | | | **$1,520.00**

Michael Stelter
420 W. Elting Street
Apartment 12
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Aspen Court, L.L.C.**
Name

Case number (if known)    **17-16064**

---

| 3.514 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,465.45 |

**Michael Tran**
900 N. Albert Street
Apartment 12
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Tenant - Deposit/Prepaid Rent_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.515 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,640.00 |

**Michaela Dean**
1515 W. Jackson Street
Apartment 8
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Tenant - Deposit/Prepaid Rent_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,840.00 |

**Michaela Harris**
1521 W. Jackson Street
Apartment 11
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Tenant - Deposit/Prepaid Rent_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $357.50 |

**Michelle Koso**
940 E. Old Willow
Prospect Heights, IL 60070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Pending Tenants-Security Deposit_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.518 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.00 |

**Michelle Stalioraitis**
3927 West 116th place
Alsip, IL 60803

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Pending Tenants-Security Deposit_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $310.00 |

**Mikaela Johnson**
P.O. Box 4070
Yakima, WA 98904

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Pending Tenant/Security Deposit_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.520 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $415.00 |

**Minli Shen**
400 N Western Ave #804 Olson Hall
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Pending Tenants-Security Deposit_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Aspen Court, L.L.C. | Case number (if known) | 17-16064 |
|--------|---------------------|------------------------|----------|
|        | Name                |                        |          |

---

**3.521**  Nonpriority creditor's name and mailing address

**Miranda Wright**
900 N. Albert Street
Apartment 11
Macomb, IL 61455

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

**$1,660.00**

---

**3.522**  Nonpriority creditor's name and mailing address

**Miriah Martin**
920 N. Albert Street
Apartment 11
Macomb, IL 61455

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

**$1,660.00**

---

**3.523**  Nonpriority creditor's name and mailing address

**Mirissa Martin**
415 W. Elting Street
Apartment 1
Macomb, IL 61455

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

**$1,480.00**

---

**3.524**  Nonpriority creditor's name and mailing address

**Mitch Riley**
324 Wigwam Hallow Road
Apartment 12
Macomb, IL 61455

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

**$1,520.00**

---

**3.525**  Nonpriority creditor's name and mailing address

**Mitchell Massey**
27249 N Heather Rd
Ellisville, IL 61413

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pending Tenants-Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

**$270.00**

---

**3.526**  Nonpriority creditor's name and mailing address

**Mitchell Roth**
1112 19th Ave
Camanche, IA 52730

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pending Tenants-Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

**$380.00**

---

**3.527**  Nonpriority creditor's name and mailing address

**Moha Alenazi**
1529 W. Jackson, #5
Macomb, IL 61455

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pending Tenant/Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

**$357.50**

---

| Debtor | **Aspen Court, L.L.C.** | | Case number (if known) | **17-16064** |
|---|---|---|---|---|
| | Name | | | |

| 3.528 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $357.50 |
|---|---|---|---|

**Mohammad Aldawsari**
1529 W. Jackson Street
Apartment 5
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.529 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $933.33 |
|---|---|---|---|

**Mohammed Alrakah**
1529 W. Jackson Street
Apartment 5
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.530 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,660.00 |
|---|---|---|---|

**Molly Robb**
1529 W. Jackson Street
Apartment 10
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $520.00 |
|---|---|---|---|

**Monae Miles**
PO Box 368508
Chicago, IL 60636

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pending Tenant/Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.532 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,620.00 |
|---|---|---|---|

**Monique Jackson**
910 N. Albert Street
Apartment 1
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.533 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**Monique Rogers**
430 W. Elting Street
Apartment 6
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $774.00 |
|---|---|---|---|

**Muhamad Alrashidi**

Saudi Arabia

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Aspen Court, L.L.C. | | Case number (if known) | 17-16064 |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 3.535 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $370.00 |
| --- | --- | --- | --- |

**Mukosa Nsokoshi**
2004 Moreland Blvd Apt 105
Champaign, IL 61822

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pending Tenants-Security Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.536 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $888.17 |
| --- | --- | --- | --- |

**Munson's**
850 E. Main Street
Galesburg, IL 61401

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.537 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $487.50 |
| --- | --- | --- | --- |

**Mustafa Alkhabbaz**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pending Tenants-Security Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.538 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $540.00 |
| --- | --- | --- | --- |

**Mynor Carcamo**
4233 N. Richmond Street
Chicago, IL 60618

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pending Tenant/Security Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.539 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,420.00 |
| --- | --- | --- | --- |

**Naga Shanmugam OFF**
1529 W. Jackson Street
Apartment 9
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.540 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,640.00 |
| --- | --- | --- | --- |

**Natalie Stark**
910 N. Albert Street
Apartment 6
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.541 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,250.00 |
| --- | --- | --- | --- |

**Natasia McDade**
430 W. Elting Street
Apartment 5
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | Aspen Court, L.L.C. | Case number (if known) | 17-16064 |
|---|---|---|---|
| | Name | | |

---

**3.542** Nonpriority creditor's name and mailing address

Natay Wilfinger
4709 Crystal Tr.
McHenry, IL 60050

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pending Tenants-Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$480.00**

---

**3.543** Nonpriority creditor's name and mailing address

Nathalie Hernandez
Calle B.C. #6760 Zoha
Horte, VA 22100

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pending Tenant/Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$310.00**

---

**3.544** Nonpriority creditor's name and mailing address

Nathan Breeze
913 Bell Ave
Mattoon, IL 61938

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pending Tenants-Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$370.00**

---

**3.545** Nonpriority creditor's name and mailing address

Nathan Moore
119 W. Edson St
Poplar Grove, IL 61065

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pending Tenants-Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$330.00**

---

**3.546** Nonpriority creditor's name and mailing address

Nathaniel Margenthaler
1509 W. Jackson Street
Apartment 6
Macomb, IL 61455

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

**$1,600.00**

---

**3.547** Nonpriority creditor's name and mailing address

Nathaniel Munoz
6701 W. Montrose
Harwood Heights, IL 60706

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pending Tenants-Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$375.00**

---

**3.548** Nonpriority creditor's name and mailing address

Naudia Johnson
430 W. Elting Street
Apartment 3
Macomb, IL 61455

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

**$1,480.00**

---

| Debtor | Aspen Court, L.L.C. | Case number (if known) | 17-16064 |
|---|---|---|---|
| | Name | | |

---

**3.549**

Nonpriority creditor's name and mailing address

**Ni'kyra Jones**
420 W. Elting Street
Apartment 6
Macomb, IL 61455

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

$1,500.00

---

**3.550**

Nonpriority creditor's name and mailing address

**Nicholas Cozzone**
1509 W. Jackson Street
Apartment 3
Macomb, IL 61455

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

$1,600.00

---

**3.551**

Nonpriority creditor's name and mailing address

**Nicholas Keys**
1509 W. Jackson Street
Apartment 9
Macomb, IL 61455

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

$1,600.00

---

**3.552**

Nonpriority creditor's name and mailing address

**Nicholas Scherer**
8269 Goodwin Circle
Dalton City, IL 61925

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pending Tenants-Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

$387.00

---

**3.553**

Nonpriority creditor's name and mailing address

**Nickole Strubbe**
324 Wigwam Hallow Road
Apartment 8
Macomb, IL 61455

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

$1,640.00

---

**3.554**

Nonpriority creditor's name and mailing address

**Nicole Birmingham**
13415 Kildare Ave
Robbins, IL 60472

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pending Tenants-Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

$500.00

---

**3.555**

Nonpriority creditor's name and mailing address

**Nicole matej**
415 W. Adams  Street
Apartment 2
Macomb, IL 61455

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

$1,600.00

---

Debtor   **Aspen Court, L.L.C.**                                   Case number (if known)   **17-16064**
         Name

| 3.556 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Nicole Trafton**
1002 Ryehill Dr
Joliet, IL 60431

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Pending Tenants-Security Deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.557 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,600.00 |
|---|---|---|---|

**Nikolina Medina**
415 W. Adams Street
Apartment 2
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,640.00 |
|---|---|---|---|

**Nolan Schuhler**
1535 W. Jackson Street
Apartment 7
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|---|---|---|---|

**NTN Bower**
1511 W. Jackson Street
Apartment 4
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.560 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,000.00 |
|---|---|---|---|

**NTN Executive**
1513 W. Jackson Street
Apartment 2
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,000.00 |
|---|---|---|---|

**NTN Executive**
1513 W. Jackson Street
Apartment 3
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.562 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,520.00 |
|---|---|---|---|

**Olivia Main**
324 Wigwam Hallow Road
Apartment 11
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | Aspen Court, L.L.C. | Case number (if known) | 17-16064 |
|---|---|---|---|
| | Name | | |

**3.563** Nonpriority creditor's name and mailing address
Olivia Schulte
1537 W. Jackson Street
Apartment 10
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

**$1,660.00**

**3.564** Nonpriority creditor's name and mailing address
Omar Duran
1509 W. Jackson Street
Apartment 11
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

**$1,600.00**

**3.565** Nonpriority creditor's name and mailing address
Ontariez Henderson
707 24th Street
East Moline, IL 61244

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pending Tenants-Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$415.00**

**3.566** Nonpriority creditor's name and mailing address
Paige Noecker
1537 W. Jackson Street
Apartment 10
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

**$1,660.00**

**3.567** Nonpriority creditor's name and mailing address
Paige Skinner
1015 105th St
Berwick, IL 61417

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

**3.568** Nonpriority creditor's name and mailing address
Pat Penrose
1515 W. Jackson Street
Apartment 4
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

**$2,780.00**

**3.569** Nonpriority creditor's name and mailing address
Patrick Kelly
1537 W. Jackson Street
Apartment 3
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

**$1,620.00**

| Debtor | Aspen Court, L.L.C. | Case number (if known) | 17-16064 |
| | Name | | |

---

| 3.570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $380.00 |

Patrick O'Sadnick
4494 E 250th Road
Mendota, IL 61342

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Pending Tenants-Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,800.00 |

Paula Allen
1541 W. Jackson Street
Apartment 8
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $415.00 |

Pauline Parkhurst
710 Bayside Drive
Metamora, IL 61548

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Pending Tenants-Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.573 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $310.00 |

Payton Reed
17132 E IL 100 HWY
Cuba, IL 61427

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Pending Tenants-Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.574 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,600.00 |

Peter Rachwalski
415 W. Adams Street
Apartment 4
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.575 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $320.00 |

Quamesha Davis
1502 E. 73rd Place
Apt 2E
Chicago, IL 60619

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Pending Tenant/Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,800.00 |

Rachel Gerecke
1539 W. Jackson Street
Apartment 10
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Aspen Court, L.L.C. | | Case number (if known) | 17-16064 |
|---|---|---|---|---|
| | Name | | | |

| 3.577 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $270.00 |
|---|---|---|---|

**Rachel Henderson**
743 Van Winkle Dr
Canton, IL 61520

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Pending Tenants-Security Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.578 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |
|---|---|---|---|

**Rachel Papiernik**
430 W. Elting Street
Apartment 7
Macomb, IL 61455

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.579 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,780.00 |
|---|---|---|---|

**Rachel Verbeke**
1519 W. Jackson Street
Apartment 2
Macomb, IL 61455

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.580 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $520.00 |
|---|---|---|---|

**Randa Watts**
900 Libby Lane
Pittsfield, IL 62363

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Pending Tenants-Security Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |
|---|---|---|---|

**Rayna Weaver**
420 W. Elting Street
Apartment 7
Macomb, IL 61455

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.582 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,640.00 |
|---|---|---|---|

**Rebecca Sadler**
910 N. Albert Street
Apartment 7
Macomb, IL 61455

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.583 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $276.66 |
|---|---|---|---|

**Rebekah Crump**
338 East 56Th Apt 202
Chicago, IL 60637

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Pending Tenants-Security Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   __Aspen Court, L.L.C.__                               Case number (if known)   __17-16064__
          Name

---

**3.584** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$487.50**

**Reda Alhubail**
201 Wigwam Hollow RD #707
Macomb, IL 61455

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pending Tenants-Security Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.585** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,400.00**

**Reid Suddeth**
932 N. Charles Street
Macomb, IL 61455

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Tenant - Deposit/Prepaid Rent__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.586** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$313.65**

**Reliable Pest**
PO Box 627
Hannibal, MO 63401

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.587** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00**

**Ricardo Rea**
415 W. Adams Street
Apartment 6
Macomb, IL 61455

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Tenant - Deposit/Prepaid Rent__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.588** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,640.00**

**Riley Schuhler**
1535 W. Jackson Street
Apartment 7
Macomb, IL 61455

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Tenant - Deposit/Prepaid Rent__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.589** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,226.66**

**Riley Donnewald**
900 N. Albert Street
Apartment 6
Macomb, IL 61455

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Tenant - Deposit/Prepaid Rent__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.590** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,800.00**

**Robert Schnoes**
1517 W. Jackson Street
Apartment 7
Macomb, IL 61455

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Tenant - Deposit/Prepaid Rent__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Aspen Court, L.L.C.**
Name
Case number *(if known)*   **17-16064**

---

| 3.591 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $410.00 |

**Robert Searls**
247 Lexington Street
Dekalb, IL 60115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Pending Tenants-Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.592 | Nonpriority creditor's name and mailing address | | $1,500.00 |

**Roman Visintine**
1543 W. Jackson Street
Apartment 6
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.593 | Nonpriority creditor's name and mailing address | | $325.00 |

**Ronald Fox**
720 N. Johnson St.
Kahoka, MO 63445

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Pending Tenants-Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.594 | Nonpriority creditor's name and mailing address | | $357.50 |

**Ronnie Davis, II**
10422 S. Wabash
Chicago, IL 60628

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Pending Tenant/Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 | Nonpriority creditor's name and mailing address | | $2,840.00 |

**Rose Speidel**
1539 W. Jackson Street
Apartment 9
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 | Nonpriority creditor's name and mailing address | | $1,640.00 |

**Rual Chaidez**
400 W. Elting Street
Apartment 6
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.597 | Nonpriority creditor's name and mailing address | | $1,660.00 |

**Rusheena Shah**
1529 W. Jackson Street
Apartment 11
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Aspen Court, L.L.C. | Case number (if known) | 17-16064 |
|---|---|---|---|
| | Name | | |

| 3.598 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
|---|---|---|---|

**Russell Miller**
**1505 W. Jackson Street**
**Apartment 1**
**Macomb, IL 61455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.599 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,660.00 |
|---|---|---|---|

**Ryan Garity**
**400 W. Elting Street**
**Apartment 9**
**Macomb, IL 61455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $415.00 |
|---|---|---|---|

**Ryan Shortness**
**25 Edmar Dr**
**Canton, IL 61520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Pending Tenants-Security Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.601 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $415.00 |
|---|---|---|---|

**Samantha Bonzi**
**2404 Upland Circle**
**Rockford, Il 61108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Pending Tenants-Security Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Samantha Homan**
**5552 E. 400 N**
**Portland, IN 47371**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Pending Tenants-Security Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.603 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $310.00 |
|---|---|---|---|

**Samuel Bellone**
**4111 Highcrest Road**
**Rockford, IL 61107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Pending Tenants-Security Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.604 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,400.00 |
|---|---|---|---|

**Sandy Briggs III**
**1509 W. Jackson Street**
**Apartment 2**
**Macomb, IL 61455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page  89 of 106

| Debtor | Aspen Court, L.L.C. | Case number (if known) | 17-16064 |
|---|---|---|---|
| | Name | | |

| 3.605 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,640.00 |
|---|---|---|---|

**Sang Yoon**
1535 W. Jackson Street
Apartment 5
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.606 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $350.00 |
|---|---|---|---|

**Sarah Fox**
8900 New Harmony Road
Evansville, IN 47720

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Pending Tenant/Security Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.607 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,780.00 |
|---|---|---|---|

**Sarah Nielsen**
1517 W. Jackson Street
Apartment 2
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.608 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,220.00 |
|---|---|---|---|

**Sarah Radtke**
1543 W. Jackson Street
Apartment 1
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.609 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Sean Cory**
244 Hickory Drive
Lena, IL 61408

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Pending Tenants-Security Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,520.00 |
|---|---|---|---|

**Sean Liez**
430 W. Elting Street
Apartment 10
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,678.33 |
|---|---|---|---|

**Sears**
1820 E. Sky Harbor Circle
Phoenix, AZ 85034

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Aspen Court, L.L.C.**
_____
Name

Case number (if known)   **17-16064**

| 3.612 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $572.50 |
|---|---|---|---|

**Security Alarm**
PO Box 665 151 East Main
Salem, IL 62881

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.613 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,840.00 |
|---|---|---|---|

**Shahad Madkhali**
400 W. Elting Street
Apartment 12
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.614 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $520.00 |
|---|---|---|---|

**Shahera Ranjha**
1201 East Clark Trail
Herrin, IL 62948

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Pending Tenant/Security Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.615 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,480.00 |
|---|---|---|---|

**Shamia Murphy**
430 W. Elting Street
Apartment 3
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.616 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,640.00 |
|---|---|---|---|

**Shannon-Nicole Simon**
1537 W. Jackson Street
Apartment 8
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.617 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Shawna Rabe**
21305 South Redwood Ln
Shorewood, IL 60404

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Pending Tenants-Security Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.618 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $357.50 |
|---|---|---|---|

**Shayvon Williams**
1421 N. Halsted
Chicago, IL 60642

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Pending Tenants-Security Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | Aspen Court, L.L.C. | Case number (if known) | 17-16064 |
|---|---|---|---|
| | Name | | |

---

**3.619**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $350.00 |
|---|---|---|
| Sheantera Murphy<br>1613 Iris Ave<br>Rockford, IL 61102 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  Pending Tenants-Security Deposit | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.620**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,660.00 |
|---|---|---|
| Shelby Hafertepe<br>410 W. Elting Street<br>Apartment 2<br>Macomb, IL 61455 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  Tenant - Deposit/Prepaid Rent | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.621**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,000.00 |
|---|---|---|
| Shinji Yoshinaga<br>1535 W. Jackson Street<br>Apartment 6<br>Macomb, IL 61455 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  Tenant - Deposit/Prepaid Rent | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.622**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $380.00 |
|---|---|---|
| Simon Aniello<br>1030 Acron Hill Lane<br>West Chicago, IL 60185 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  Pending Tenants-Security Deposit | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.623**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,640.00 |
|---|---|---|
| Simonne Johnson<br>1537 W. Jackson Street<br>Apartmen t8<br>Macomb, IL 61455 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  Tenant - Deposit/Prepaid Rent | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.624**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,780.00 |
|---|---|---|
| Snyder<br>1519 W. Jackson Street<br>Apartment 4<br>Macomb, IL 61455 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  Tenant - Deposit/Prepaid Rent | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.625**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|
| Son-Spirtas employee<br>951 Skinker Parkway<br>St Louis, MO 63112 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  Pending Tenants-Security Deposit | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor    **Aspen Court, L.L.C.**
　　　　　Name
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case number (if known)　**17-16064**

---

| 3.626 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,520.00 |
|---|---|---|---|

**Spencer Smith**
420 W. Elting Street
Apartment 9
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.627 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**Spirtas employee**
951 Skinker Parkway
St Louis, MO 63112

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pending Tenants-Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.628 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $226.75 |
|---|---|---|---|

**Sprint**
PO Box 4191
Carol Stream, IL 60197

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.629 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $325.00 |
|---|---|---|---|

**Staneisha Burns**
2719 W. Trewyn
Peoria, IL 61605

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pending Tenant/Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.630 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $375.00 |
|---|---|---|---|

**Stephanie Cantu**
3017 S. Lawndale ave
Chicago, IL 60623

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pending Tenants-Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.631 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,280.00 |
|---|---|---|---|

**Stephanie Cole**
1515 W. Jackson Street
Apartment 7
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.632 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,800.00 |
|---|---|---|---|

**Stephanie Pahlke**
1519 W. Jackson Street
Apartment 5
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Aspen Court, L.L.C. | | Case number (if known) | 17-16064 |
|---|---|---|---|---|
| | Name | | | |

---

| 3.633 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $281.25 |
|---|---|---|---|

Stephen McQueen
2681 McQueen Rd
New Berlin, IL 62670

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Pending Tenants-Security Deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.634 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,800.00 |
|---|---|---|---|

Steve Chung
1505 W. Jackson Street
Apartment 5
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.635 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

Steve Gaines
951 Skinker Parkway
St Louis, MO 63112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Pending Tenants-Security Deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.636 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $520.00 |
|---|---|---|---|

Steven Barnum
315 E. North Street
Knoxville, IL 61448

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Pending Tenant/Security Deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.637 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,620.00 |
|---|---|---|---|

Steven Rush
1535 W. Jackson Street
Apartment 3
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.638 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

Sydney Watson
20900 Brookwood Dr.
Olympia Fields, IL 60461

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Pending Tenant/Security Deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.639 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,480.00 |
|---|---|---|---|

Tabor Griglione
1543 W. Jackson Street
Apartment 2
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Aspen Court, L.L.C. | | Case number (if known) | 17-16064 |
|---|---|---|---|---|
| | Name | | | |

---

**3.640** | Nonpriority creditor's name and mailing address | | **$400.00**

Taeche Bryant-Kizer
915 Theresa Lane
Chicago Heights, IL 60411

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pending Tenants-Security Deposit 

Is the claim subject to offset? ■ No ☐ Yes

---

**3.641** | Nonpriority creditor's name and mailing address | | **$1,620.00**

Takira Hill
1529 W. Jackson Street
Apartment 3
Macomb, IL 61455

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent 

Is the claim subject to offset? ■ No ☐ Yes

---

**3.642** | Nonpriority creditor's name and mailing address | | **$310.00**

Taliyah Ivy
601 Alyssa Street
Plano, IL 60545

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pending Tenant/Security Deposit 

Is the claim subject to offset? ■ No ☐ Yes

---

**3.643** | Nonpriority creditor's name and mailing address | | **$1,500.00**

Tamaria Young
420 W. Elting Street
Apartment 7
Macomb, IL 61455

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent 

Is the claim subject to offset? ■ No ☐ Yes

---

**3.644** | Nonpriority creditor's name and mailing address | | **$380.00**

Tamera Hudson
429 S. 19th Ave
Maywood, IL 60153

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pending Tenants-Security Deposit 

Is the claim subject to offset? ■ No ☐ Yes

---

**3.645** | Nonpriority creditor's name and mailing address | | **$1,600.00**

Tanner Huddleston
1505 W. Jackson Street
Apartment 1
Macomb, IL 61455

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent 

Is the claim subject to offset? ■ No ☐ Yes

---

**3.646** | Nonpriority creditor's name and mailing address | | **$2,780.00**

Tara Stockham
1519 W. Jackson Street
Apartment 3
Macomb, IL 61455

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent 

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Aspen Court, L.L.C. | Case number (if known) | 17-16064 |
|---|---|---|---|
| | Name | | |

---

**3.647**

Nonpriority creditor's name and mailing address
**Taryn Brees**
930 N. Albert Street
Apartment 3
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

**$1,620.00**

---

**3.648**

Nonpriority creditor's name and mailing address
**Tatianna Cook**
900 N. Albert Street
Apartment 7
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

**$1,640.00**

---

**3.649**

Nonpriority creditor's name and mailing address
**Tayler Simon**
1513 W. Jackson Street
Apartment 7
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

**$1,640.00**

---

**3.650**

Nonpriority creditor's name and mailing address
**Taylor Clayton**
1539 W. Jackson Street
Apartment 6
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

**$2,800.00**

---

**3.651**

Nonpriority creditor's name and mailing address
**Taylor White**
415 W. Adams Street
Apartment 5
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

**$1,600.00**

---

**3.652**

Nonpriority creditor's name and mailing address
**Taylor Wolf**
1527 W. Jackson Street
Apartment 5
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

**$2,800.00**

---

**3.653**

Nonpriority creditor's name and mailing address
**Teasia Lee**
420 W. Elting Street
Apartment 6
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

**$1,500.00**

---

| Debtor | Aspen Court, L.L.C. | Case number (if known) | 17-16064 |
|---|---|---|---|
| | Name | | |

---

**3.654** | Nonpriority creditor's name and mailing address

**Terry Gavis**
123 N 15th Street
Mattoon, IL 61938

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pending Tenants-Security Deposit

Is the claim subject to offset? ■ No  ☐ Yes

**$650.00**

---

**3.655** | Nonpriority creditor's name and mailing address

**Thabo Mochebelele**
Koenaneng St Maseru Lesotho 100
South Africa

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pending Tenants-Security Deposit

Is the claim subject to offset? ■ No  ☐ Yes

**$400.00**

---

**3.656** | Nonpriority creditor's name and mailing address

**Thinh Nguyen**
900 N. Albert Street
Apartment 12
Macomb, IL 61455

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No  ☐ Yes

**$1,465.45**

---

**3.657** | Nonpriority creditor's name and mailing address

**Thomas Bustard**
2805 27th Ave
Rock Island, IL 61201

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pending Tenants-Security Deposit

Is the claim subject to offset? ■ No  ☐ Yes

**$357.50**

---

**3.658** | Nonpriority creditor's name and mailing address

**Thomas Collum**
920 N. Albert Street
Apartment 12
Macomb, IL 61455

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No  ☐ Yes

**$1,660.00**

---

**3.659** | Nonpriority creditor's name and mailing address

**Thomas Loughman**
415 W. Adams Street
Apartment 11
Macomb, IL 61455

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No  ☐ Yes

**$1,600.00**

---

**3.660** | Nonpriority creditor's name and mailing address

**Thomas Manzke**
415 W. Adams Street
Apartment 1
Macomb, IL 61455

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No  ☐ Yes

**$1,600.00**

---

| Debtor | Aspen Court, L.L.C. | Case number (if known) | 17-16064 |
|---|---|---|---|
| | Name | | |

---

**3.661** | Nonpriority creditor's name and mailing address

**Thomas Patterson**
**1509 W. Jackson Street**
**Apartment 9**
**Macomb, IL 61455**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

$1,600.00

---

**3.662** | Nonpriority creditor's name and mailing address

**Thomas Sprowl**
**5240 Brookstone Drive**
**Rochelle, IL 61068**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pending Tenants-Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$387.00

---

**3.663** | Nonpriority creditor's name and mailing address

**Thomas Zielinski**
**900 N. Albert Street**
**Apartment 10**
**Macomb, IL 61455**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

$1,640.00

---

**3.664** | Nonpriority creditor's name and mailing address

**Tiana Lotts**
**1513 W. Jackson Street**
**Apartment 7**
**Macomb, IL 61455**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

$1,640.00

---

**3.665** | Nonpriority creditor's name and mailing address

**Tiana Lotts**
**10824 S. Berverly Avenue**
**Chicago, IL 60643**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pending Tenant/Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$520.00

---

**3.666** | Nonpriority creditor's name and mailing address

**Tim Garrett**
**430 W. Elting Street**
**Apartment 10**
**Macomb, IL 61455**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

$1,520.00

---

**3.667** | Nonpriority creditor's name and mailing address

**Tim Weyer**
**1509 W. Jackson Street**
**Apartment 3**
**Macomb, IL 61455**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

$1,600.00

---

| Debtor | **Aspen Court, L.L.C.** | | Case number (if known) | **17-16064** |
|---|---|---|---|---|
| | Name | | | |

| 3.668 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $310.00 |
|---|---|---|---|

**Timothy Cherwin**
3705 N. Oleander Ave.
Chicago, IL 60634

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: Pending Tenants-Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.669 | Nonpriority creditor's name and mailing address | | $1,660.00 |
|---|---|---|---|

**Timothy Hausl**
1511 W. Jackson Street
Apartment 10
Macomb, IL 61455

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.670 | Nonpriority creditor's name and mailing address | | $365.00 |
|---|---|---|---|

**Tom Sowlles**
1525 W. Jackson, #12
Macomb, IL 61455

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: Pending Tenant/Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.671 | Nonpriority creditor's name and mailing address | | $1,600.00 |
|---|---|---|---|

**Tomas Kaliavas**
1509 W. Jackson Street
Apartment 11
Macomb, IL 61455

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.672 | Nonpriority creditor's name and mailing address | | $325.00 |
|---|---|---|---|

**Toni Thomas**
256 Westwood Drive
Park Forest, IL 60466

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: Pending Tenant/Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.673 | Nonpriority creditor's name and mailing address | | $2,220.00 |
|---|---|---|---|

**Tracy Ellis**
1543 W. Jackson Street
Apartment 1
Macomb, IL 61455

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.674 | Nonpriority creditor's name and mailing address | | $1,620.00 |
|---|---|---|---|

**Tramar Robertson**
1511 W. Jackson Street
Apartment 1
Macomb, IL 61455

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Aspen Court, L.L.C.**
_____
Name

Case number (if known)    **17-16064**

| 3.675 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,660.00 |
|---|---|---|---|

**Travis Waker**
**1537 W. Jackson Street**
**Apartment 12**
**Macomb, IL 61455**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $310.00 |
|---|---|---|---|

**Trevaughn Sumerlin**
**707 W. Waveland Ave., Apt. 60**
**Chicago, IL 60613**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Pending Tenant/Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.677 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $370.00 |
|---|---|---|---|

**Trevor Muntz**
**326 East 6th St**
**Minonk, IL 61760**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Pending Tenants-Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.678 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,600.00 |
|---|---|---|---|

**Tristin Hobson**
**1505 W. Jackson Streeet**
**Apartment 4**
**Macomb, IL 61455**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.679 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $310.00 |
|---|---|---|---|

**Troyje Jones**
**11312 S. Vincennes**
**Chicago, IL 60643**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Pending Tenant/Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.680 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8.86 |
|---|---|---|---|

**Turnquist Service CO.**
**PO Box 237**
**Macomb, IL 61455**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.681 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,465.45 |
|---|---|---|---|

**Tuyetlan Nguyen**
**900 N. Albert Street**
**Apartment 12**
**Macomb, IL 61455**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Aspen Court, L.L.C. | Case number (if known) | 17-16064 |
|---|---|---|---|
| | Name | | |

---

**3.682** | Nonpriority creditor's name and mailing address

Twanisha Brown
5431 W. Harrison
Chicago, IL 60644

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Pending Tenant/Security Deposit_

Is the claim subject to offset? ■ No ☐ Yes

$325.00

---

**3.683** | Nonpriority creditor's name and mailing address

Tyler Bustard
2805 27th Ave
Rock Island, IL 61201

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Pending Tenants-Security Deposit_

Is the claim subject to offset? ■ No ☐ Yes

$357.50

---

**3.684** | Nonpriority creditor's name and mailing address

Tyler Dively
910 N. Albert Street
Apartment 9
Macomb, IL 61455

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Tenant - Deposit/Prepaid Rent_

Is the claim subject to offset? ■ No ☐ Yes

$1,660.00

---

**3.685** | Nonpriority creditor's name and mailing address

Tyler Espinosa
400 W. Elting Street
Apartment 6
Macomb, IL 61455

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Tenant - Deposit/Prepaid Rent_

Is the claim subject to offset? ■ No ☐ Yes

$1,640.00

---

**3.686** | Nonpriority creditor's name and mailing address

Tyler Isaacs
1535 W. Jackson Street
Apartment 3
Macomb, IL 61455

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Tenant - Deposit/Prepaid Rent_

Is the claim subject to offset? ■ No ☐ Yes

$1,620.00

---

**3.687** | Nonpriority creditor's name and mailing address

Tyler Lafferty
1511 W. Jackson Street
Apartment 5
Macomb, IL 61455

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Tenant - Deposit/Prepaid Rent_

Is the claim subject to offset? ■ No ☐ Yes

$1,640.00

---

**3.688** | Nonpriority creditor's name and mailing address

Tyler Lentz
1521 W. Jackson Street
Apartment 8
Macomb, IL 61455

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Tenant - Deposit/Prepaid Rent_

Is the claim subject to offset? ■ No ☐ Yes

$2,800.00

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Aspen Court, L.L.C. | | Case number (if known) | 17-16064 |
|---|---|---|---|---|
| | Name | | | |

---

| 3.689 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,226.66 |
|---|---|---|---|

**Tyler Spotloe**
900 N. Albert Street
Apartment 6
Macomb, IL 61455

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.690 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
|---|---|---|---|

**Ulysses Pinedo**
1509 W. Jackson Street
Apartment 1
Macomb, IL 61455

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.691 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $380.00 |
|---|---|---|---|

**Uriel Ortega**
403 Birch ave
Genoa, IL 60135

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Pending Tenants-Security Deposit**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.692 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,800.00 |
|---|---|---|---|

**Valerie Nguyen**
1505 W. Jackson Street
Apartment 5
Macomb, IL 61455

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.693 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,640.00 |
|---|---|---|---|

**Verenice Sandoval**
1527 W. Jackson Street
Apartment 7
Macomb, IL 61455

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.694 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $357.50 |
|---|---|---|---|

**Verenice Sandoval**
6601 Halley Rd.
Rockford, IL 61101

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Pending Tenant/Security Deposit**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.695 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $236.54 |
|---|---|---|---|

**Verizon**
PO Box 15124
Albany, NY 12212

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Aspen Court, L.L.C.** | Case number (if known) | **17-16064** |
|---|---|---|---|
| | Name | | |

---

**3.696** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,660.00**

**Victoria Blackport**
1535 W. Jackson Street
Apartment 12
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.697** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,800.00**

**Viktor Glaes**
1517 W. Jackson Street
Apartment 5
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.698** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,157.86**

**Waste Management**
Po Box 4648
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.699** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,640.00**

**Wenting Xu**
1525 W. Jackson Street
Apartment 6
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.700** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$697.17**

**West Side Lumber**
Po Box 548
1301 W. Jackson
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.701** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,577.40**

**Western Courier**
1 University Circle
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.702** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$133.45**

**Western Distributing**
254 S. Collins
Macomb, IL 61455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Aspen Court, L.L.C. | | Case number (if known)    17-16064 |
|---|---|---|---|
| | Name | | |

---

**3.703** Nonpriority creditor's name and mailing address

Will Owens
1309 6th Street A
Orion, IL 61273

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pending Tenants-Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$285.00

---

**3.704** Nonpriority creditor's name and mailing address

Will Taylor
932 N. Charles Street
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

$1,400.00

---

**3.705** Nonpriority creditor's name and mailing address

William Eden
900 N. Albert Street
Apartment 9
Macomb, IL 61455

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant - Deposit/Prepaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

$1,660.00

---

**3.706** Nonpriority creditor's name and mailing address

William Groves
715 W. Mossville Road
Peoria, IL 61615

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pending Tenants-Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$400.00

---

**3.707** Nonpriority creditor's name and mailing address

William Lenz
1236 Mason st
DeKalb, IL 60115

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pending Tenants-Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$270.00

---

**3.708** Nonpriority creditor's name and mailing address

William Sewell
1334 W 82nd Street
Chicago, IL 60620

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pending Tenants-Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$310.00

---

**3.709** Nonpriority creditor's name and mailing address

Xavier Rowe
8923 S. Euclid
Chicago, IL 60617

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pending Tenants-Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$370.00

---

| Debtor | **Aspen Court, L.L.C.** | | Case number (if known) | **17-16064** |
|---|---|---|---|---|
| | Name | | | |

| 3.710 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
|---|---|---|---|

**Yasmine Delgado**
415 W. Adams Street
Apartment 9
Macomb, IL 61455

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.711 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $318.35 |
|---|---|---|---|

**Yellow Pages Unlimited**
PO BOx 41140
Melbourne, FL 32941

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.712 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,840.00 |
|---|---|---|---|

**Yu Meng**
1541 W. Jackson Street
Apartment 10
Macomb, IL 61455

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.713 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,800.00 |
|---|---|---|---|

**Zach Hershey**
1519 W. Jackson Street
Apartment 6
Macomb, IL 61455

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.714 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,320.00 |
|---|---|---|---|

**Zach Seaburg**
1511 W. Jackson Street
Apartment 12
Macomb, IL 61455

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Tenant - Deposit/Prepaid Rent

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.715 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.00 |
|---|---|---|---|

**Zachary Deroo**
2902 53rd Ave. West
Milan, IL 61264

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Pending Tenants-Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.716 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $520.00 |
|---|---|---|---|

**Zachary Jones**
604 Mallard Lakes Dr
McKinney, TX 75070

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Pending Tenants-Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Aspen Court, L.L.C. | Case number (if known) | 17-16064 |
|--------|---------------------|------------------------|----------|
|        | Name                |                        |          |

| 3.717 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
|-------|--------------------------------------------------|--------------------------------------------------------------------|-----------|
| | **Zachary Moyer**<br>415 W. Adams Street<br>Apartment 7<br>Macomb, IL 61455 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Tenant - Deposit/Prepaid Rent**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.718 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $370.00 |
|-------|--------------------------------------------------|--------------------------------------------------------------------|---------|
| | **Zachary Swenson**<br>1124 1st Street SW<br>Mason City, IA 50401 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Pending Tenants-Security Deposit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.719 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
|-------|--------------------------------------------------|--------------------------------------------------------------------|-----------|
| | **Zachary Young**<br>1509 W. Jackson Street<br>Apartment 6<br>Macomb, IL 61455 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Tenant - Deposit/Prepaid Rent**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.720 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|-------|--------------------------------------------------|--------------------------------------------------------------------|-----------|
| | **Zak Georitsis**<br>430 W. Elting Street<br>Apartment 8<br>Macomb, IL 61455 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Tenant - Deposit/Prepaid Rent**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|-----|--------------------------|---------------------------------------------------------------------------|------------------------------------------|
| 4.1 | **Taryn Brees**<br>2031 Nort East 70th Street<br>Topeka, KS 66617 | Line **3.647**<br><br>☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | Total of claim amounts |
|--|--|--|------------------------|
| 5a. Total claims from Part 1 | 5a. | $ | 424,519.92 |
| 5b. Total claims from Part 2 | 5b. + | $ | 887,841.44 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,312,361.36 |